:hael _____ 7) Noel Hall          11) _____ 1615904B
arin Gonzalez                        12) Gary Ruttford
iel lipari          8) _____ Fu    13) William Finnegan.
bert C Fatwell      9) Trevor Frantz 14) _____
rson C Allen

# Inmate Grievance Form

**Name:** 15) Gregory W. Herron          16) Daniel E Ekem #

17) Ken Cadieux #3007965

**Date:** 8·20·2022

**Time:** 8:00 Pm

tt: Sheriff Toth   -and or-  Under Sheriff Cashman

## Statement

I,   C. Block  cells A - F   , Hereby file a Grievance for the following

reason(s): *[Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]*

Cells A-F - Block C - No A.C. / Air Flow / Free Air Return

• On going problem, that has gotten out of control. No A.C., the A.C. has not worked for months, No free Air exchange, No free air return or intake. Zero air movement or circulation in cell block C & D. All Staff and under sheriff are aware of the situation and living conditions (For Months). And still have chosen to be derilect in their duties in the operation   of the Mineral County Detention center. The conditions in the facility are inhumane and unacceptable. The staffs half hearted attempt with the Under Sheriff knowing the addition of fans to mast and pacify the situation. The ongoing lies passed by staff of A.C. Being fixed and air flow was restored is wrong information. The heat index in the cells at night range between 90-95 °. The population is trying to find relief by sleeping on the floors around toilets. Suggestions we have made to staff

1) Fix A.C. properly for correct fix  2) In the mean time at nig leave cell doors open, add two more fans, to circulate the and keep cell temps cool. These heat Indexes are in humane detrimental to health and mental health.

Date 8-19-2022

| Temps | Times | Cell | CO print |
|-------|-------|------|----------|
| 95° | 12:00Am | | sign |
| 93° | 715 A. | | * The Temps that were taken by |
| 90° | 3:30 a. | | CO with Digital Heat Gun in the cell |
| | | | These Temps are factual not guesses! |

Still no a/c, or free air or air return
been that way, for 7 months (+) and
now the maintence man's trying to
get *unreadable* of the building, just lie
after lie. Dane *unreadable* he *unreadable*
the *unreadable* were a fuck in Joke

Temps from 95 - 81 constant in Block
and cells

**Subject:** PREA Violation
**To:** PREA Group
**From:** herron81872 greg herron  8/18/1972
**Date:** 7/3/2022 3:25:14 PM
**Message:**

On friday i as well was told about the viewing of us getting undressed,in our area, going to and from the shower stall area.  We put our cloths on the designated area, along ith our towel. We can be seen by co's, lady inmates, male inmates, 911 dispatchers, any one going to and from court. This not only an issue in d-pod. As told many times in c-pod when people have visits on the kiosk that they can view inmates drying off. The cell d has a 24 hour camera so wrong in so many ways. And b-pod you can not dry off or get dressed or undressed with out being viewed by all the same people listed above. I have been in every pod on this greivance, the cell with camera and now d-pod.  This problem with us inmates being viewed has been brought up to and diplayed the visual to co may, co ratliff in b-block, when this was first brought up 3 pus months ago in c-block we had stuff covering the shower sheild and all gt locked down. This know by co rizzy, ratliff, scott, and chaterly, i have brought that up sinse to ratliff and nothing. Now i am in d-block and the view and lack of privacy during showers and rest room is wrong. A person showering in our eesignated area with our designated cloths put on the designated place we are viewed naked getting undressed, going to the shower, when done going to reteive our towel , drying off and getting dressed.  This wide view of viewing area has been seen by , 4 different inmates coming back from court, co scott,co ratliff, co chatterly This is wrong and wrong and vialts a person in so many ways. Every pod also the other inmates in everyone of those day rooms can watch and obseve somene showering as well as talking on the phone

**Subject:** PREA Violation

**To:** PREA Group

**From:** herron81872 greg herron  8/18/1972

**Date:** 7/3/2022 3:54:00 PM

**Message:**

Also the numbers both on the prea sign taped in the window of each pod is wrong and no one can be reached. And the number in the inmate hand book is wrong as well. I guess our safety and rights to safe be safe from sexual viewings can not be delt with other than this.

attachment ~ free

6/17/22
Mailed

| | |
|---|---|
| 1) PREA, | C Block / D BLOCK / 911 Dispatcher girls / Tiffany 911 Sexual coments |
| Witnesess | on Edward Damschen, Greg Herron / C BLOCK 24 hour camera |
| CO Ratliff | D Cell 4 man cell / video visits C block look in shower |
| CO LOWREY | (Edward was still ugly threw 3 layes of glass, asking Greg for a |
| CO Cromery | Big Booms, saying she likes them big and fat, loves the |
| CO Chatterley | fat ones, telling Edward to quit flipping his hair like a girl) Told |
| Inmate | |
| Edward | CO Lowrey (he said she's up to that again, she was not to interact with inmates |
| Damschen | |
| Joseph | CO. CROMERY was told as well, said he needed to no when she |
| Morgan | |
| Micheal | comes into kitchen to talk to me as a TW and ask only |
| Kulbers | |
| Skye | for long thick banames ever time / B black inmate workers |
| NELSON | |
| White | pod look right in angled door of hallway to us getting dressed |
| Howard | |
| AARON | and undressed / dared off and the girls back and forth |
| KING | |
| 2) discipline | - 24 hour lock down Greg + Skye |
| over | • discpline for filing greivance / Find as IW. |
| greivances | • MOVED to population |
| Kites / med | • 48 hour lock down for demanding medical assistance |
| | for a life time STD (got from no gloves) CO CROMERY CO Ratliff |
| Bail Bonds | |
| Witnesses | • Out of gloves for 2 days comay/co chatterly |
| CO Ratliff | • out of laundry soap for 2 days / held off on laundry CO CROMERY CO Ratliff |
| CO. Chatterly | • Washing machine broke / reaking bad / 3 weeks |
| CO CROMERY | • Dryer vent off for 5 days but still made me stay |
| CO May | locked in the room without door cracked |
| | • Dryer broke / had to over ride shut off switch and |
| | use broken pencil to hold door shut. |
| | • NO boxers, ones we had all blown out crotch re/NO |
| | wash cloths (only cut up rag's, all bedins only exchanged |
| | once a month, till I fought the issue |

| | |
|---|---|
| _Mail_ | We DO NOT get mail daily, it is a constant battle, our out going mail takes up to Two weeks to get to our loved ones, It goes up stairs to the court house till it gets a big enough pile to mail, it fucks us/lawyer kids/parents and family |
| _Money_ CO RIZZY CO Scott _Inmates_ Herron Aaron NELSON KING HOWARD Damschen Morgan | every jail brings you your money you sign it they take it back and put it on your books, give you a receipt/they are forging our signatures or what ever they do to all documents with out our knowledge/pay checks rental deposits, unemployment checks, U.S. Post office money orders, workmans comp. checks
• they are flat out taking peoples (Feds and states) that are here have 10.00 on books, go to missoula to get sentenced there a couple weeks, then sent back to wate for there day to leave and there money disppears in the mean time Micheal TUROTU/ when you do leave or get transfered it takes more than a couple weeks for your money to catch up to you/ also embesalmynt/or it just vanishes even if you have your receipt (ballance) from when youu left, they still can never find your money |
| _Greivances process_ Co may CoCromery | can hardly be followed/the CO's are the ones answering them/the info on the Keosk Inmate hand book is not even current/the SGt    Does not even work here (she)
all have mine were verbal/the kiosk/then written and the minute I filled one the next day fired as |

6-14-22   Writen Greivance
   4      verbal and Kiosk have all been done
6-15-22   writen Greivance
   3      verbal and kiosk have all been done
6-16-22   verbal and Kiosk have all bee done

• Bottom line you file a greivance there is reprocusion in some way or another

Grievance • So If we wright a greivance on a CO more than likely they read it
process   themselves/pisses them off (so this is retaliation) medical Greivances are
          That
          read and handled by CO scott (who is not a nurse/doctor or licensed
          Physecian like supposed to be. She is making aproval, denial
          and medical calls she has no right to or is not liscened to

Inmate handbook: wrong things/never updated/that is the response you
witness
CO scott    get when you Question them or tell them you are doing
CO Ratliff  it per the Mineral County Hand book (oh well thats do we
CO BIZZY   have not updated it). They have had this place Reopened
CO Lowrey  for over a year now, that is plenty of time to get
CO May     things updated and there shit together. IF I WAS
CO Crommy  REOPENING A JAIL, BUISNESS, what ever
inmates       it might be I would have all poloceis in place,
Herron, Nelson
Ritchet Warren  Rules and regulations, Employee polocies, training
Morgan, Whitey
Kullberg, white and so on is place and upto date. Not half
all our parents ass and think that you are a jail in a
that have looked
up the Hand- Good ol Boy town you can get away with it.
book and are
doing, shipping [NO] personal tubs (papers, mail, clothes, food / Greivance process wrong
and Sending
things to    wrong, SGt. / Bedding (sheets + pilowcases) weekly / money coming into
protocol on
the web site jail /
Hand Book

Inmate Worker/all is Rizzy did was retaliate
Lock downs/some with going to the hospital
when I told them I have an STD Gotten at
this jail

Inmate Worker - sexually harassed by 911 dispatcher/locked in
witness                laundry room whith dryer vent off for total 5 days/
Co chatterly
Co may -           wanted me to do laundry with no soap (Broke
Co Ratliff          washer/no Boxers/no gloves/no disenfectont
Co Cromey
Co Rizzy          no laundry soap/3 days in a row in April
Co scott          co chatterly was in kitchen when the beans some up
                  I told co Lowry that sat when he was on shift and
                  co Cromiey asked in the kitchen and in the laundry rooms

camera           24 hour working com in BLOCK C (4 man cell D)
11 cos           I was there for over a month/we said it was
Herron          wrong they said it was legal/after complaint
Howard
white           they put a little tape around the bace still looks
precinct        over whole cell while we eat, sleep, shit, and get
tuaron          dressed and undressed and piss
morgon
whiley
nielson
Kulberg

STD's         • no gloves/no disificiont/3 rags for 6 cell (42 man
              cells and 24 man cells)/ask for more got chewed
              out yelled at by CO SCOTT/them noing I just
              got into a battle with her over the stuff on my
              junk/also no disinfectant again just simple green
              CO MAY SAID YOU no why we have simple green etc
              cheep. Tuesday the 14th at 10:30pm Block C cell
              A Bunk 2 Herron bunk/Nielson waiting for
              a change of cloths

1) ~~Dress~~ ~~was~~ ~~answered~~ ~~.........~~   attachment 3 , PREA
2) also a PREA on this and no answer or response at all!

## Inmate Grievance Form

**Name:** Gregory W. Herron

**Date:** 7-16-2022

**Time:** 9:30 AM

ATTN: Sgt. Crostick ← We had no clue who to write
Per. Inmate Handbook **Statement**   wnt by there hand book

I, __Greg Herron__ , Hereby file a Grievance for the following
reason(s): [Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]

– using the bathroom with out being viewed by every one - male, fem
CO's, 911 dispatcher and inmates . we have asked to close the doors 1/4 of the
use to be able to go 1 & 2 with out being on display, cellblock D cell A & B
are and all people walking in and out the hall to court can see .
· showers cellblock B, C, D can not take a shower, get undressed or
dryed off & dressed with out public display from / day room, 911 CO's
and and any one using the hall for court Block B & D have both
been displayed to CO's on the viewing of an inmate naked .
· cell block C cell D 24 hr camera the whole time I lived in
there /so wrong /got locked down whole pod > for having towels
up to block the views. all inmates showering (getting into a
shower, dried off or dressed are in plane view of day room
and the Video Visits from our family, parents and kids .
· Cell blocks B, C, D are all in play view of all the workers .
911 dispatchers, CO's male & female . any and all going
to court and this has been told to and visuals given
to CO's May, Ratliff, Cromey talked to CO's scott, chatting
and all male CO's Cromey, MAY, Ratliff, scott, chatts, y Cromey
Many have said over the Intercom, there is no way to
get in or out dried off or dressed with out public
view. it has been that way in every male pod for
me. Block B, C, D · showers, Phone, Video visits, camera

Page 1

June 6th still in vidlation of
- PREA (no shower privacy)
- Signing (Forging our signatree on checks and money orders)
- Denying medications after going to the doctor + they perscribe them
- Wating 7 weeks to get us in to check a change sycho meds.
- threatening me with confinment and lock down suiside coatch when other meds Prozac were making my head crazy.
Threatening my job do to crazy reaction from Prozac
- Threatening us with lock down if we write any more medical kites
- Denying my CT scan from a docter for my Cancer
- Not allowing money to be sent to family to support our kids.
- denying meds conuse of cost and expensese - but we are both DOC /MSP comitts so it's not out of thier pocket
- trying to ask me on my Medicade and personal insuranse to bill
- Denying MRI on Skye ankle (in boot for over a month  →over

Page 2

- Under 24 hour camera in block C 24/7
- being lied to and minipulated by staff threatened by CO scott
- Charged for toilet paper and soap and paper, combs, toothbrushes
- 50¢ phone carbs a minute to call people $5 + $10 phone cards charging 50¢ a minute
- $8.99 cents to get food from canteen the cost of 30⁰⁰ would only be $21.00 in food or comisary the rest is a sur charge for the servise $5.99 to refill phone time $8.99 to recharge a phone.
- no hair cuts offered
- NO religious servces at all
- NO mentall health at all
- CO's giving out narcotiss & pills with no crudentals
- NO mentall health to talk to
- no self help at all no NA/AA
- Ran out of glovs and as an inmate worker doing laundry & known cases of hep C in the jail and no glovs for 3 days doing dirty laundry
- NO church servces at all

page 3

- NO Phone Cards to get ahold of people for 5 days now.
- night lights are bright as fuck
- denyed my persciption glasses (we were going to have them sent right from vision center to jail brand new) I have bifocals
- Being harassed by 911 dispatcher saying she wants the banana when I am working in kitchen and says she likes her bananas fat
- d big PREA coments but they PREA Info we have is wrong and we can not call on it do to reprocusions and getting in trouble
- It was told to both C.O. lowry and Cromwery about her talking to imates, already a post problem with her
- Greivances not ever responded to or read by proper people. the C.O.s are reading them and responding out of anger and spite
- this all noted and Know by all these people → over

arrest date Signed June 6th                              Page 4

march 1) Gregory W. Herron                    Bill
13th    Inmate worker

April 2) Edward Damschen
24th    Inmate worker

Apil 3) Skye Nelson
28th    B Block with ankle problem

    4) Dong Calvery before and during memorial
weekend
    6 day stay 3days then gone
    for two and back 3days   he
    witnessed alot of this as well
    and will testify

    5) Mary Anna Rich
       Greg Herrons mother has been
    in contact with doctors on
    denial and time matters of
    medication and appointments / denial
    of perscription glasses / PREA the
    location of the video chat camera
    in C Block lookin right in shower
    dry off area

    6) all of our Mothers have been
    witness to lack of care and
    violations

    7) Numerous guys in C Block I
    was in with as whitness and
    signatures on other paper work.

attachment 5 prea
Case 9:22-cv-00189-DLC    Document 2-1    Filed 12/07/22    Page 14 of 126
✱ 911 dispatcher PREA and disrespectful words

# Inmate Grievance Form

**Name:** Greg Herron

**Date:** 8 c1. 2022

**Time:** 4:30 pm

GH Cashmen

## Statement

I, Greg Herron _____, Hereby file a Grievance for the following reason(s): *[Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]*

The B.S. that goes on back and forth between Tiffani the 911 Dispatcher who is not a cop/CO/ she is a civilian that is it. We heard this bullshit over the P.A. or intercom for an hour plus. Here crappy attitude/Rudeness over the intercom is Wrong /not professional and rude. we do not need to hear her opinions

1. how and why we shave our chests, who we trying to impress

2. People who do drugs are not normal/Looser or wrong

3. How ugly Guys still look threw 3 layers of glass

4. How she likes big bannanas or thick was the exact words

5. And so many others that are rude, sexest, wrong, degrading. Who and the hell does she think she is? She is no one we care to listen to. If She wants a date there is visiting 2 times a week. She is rude and many of your CO's know and say it is wrong! This place can not make it's own rules

Know was has this ever happened in all the years locked up. I am blown away why this county Jail thinks they can get away with so many illegal, wrong, rule breaking, Cival rights breaking none stop. It is wrong, unprofessional and you guys put up this new Inmate hand book and don't even follow the rules. and this grevonce form is a joke they are 3 pages all work with yellow, Pink and white carbon copy so all get a copy. And as I said many of your CO's are tired of her shit as well This shit has gone to far.

*Go over on the 911 PREA stuff/disrespectful words*



Mineral County Sheriff's Office
P.O. Box 99/310 River St.
Superior, MT 59872
Phone: (406) 822-3555   Fax (406) 822-3562

# Memorandum

**To:  Inmate Greg Herron**

**From: Undersheriff Wayne Cashman 54-02**

**Subject Greg Herron's grievance**

**Date: 08/08/22**

Inmate Herron,
I am in receipt of your grievance dated 08/04/22, I appreciate your concerns and your efforts to let me know about this issue. I have addressed this issue with all parties involved. I can assure you this will not occur again! You are correct, we have policies and procedures in place for both employees and those detained. A policy violation by either will be dealt with swiftly and equitably.
I again appreciate your letting me know this occurred and I can guarantee you will not have to deal with this again.

Please keep in mind, I don't work in the jail on a daily basis, in your grievance you allege other policy violations by our detention officers, please feel free to send me your concerns so I may review and address them as they happen, as in this instance. I cannot fix what is broken, if I don't know it is broken. Your grievances help me, help you all, by assuring we are doing things correctly and by the policy manual.

– 2 –                                             August 8, 2022

Respectfully

Wayne Cashman
Undersheriff

6/1/2022                                             Page 1 of 6

Tuesday | the 1st of June.                                    Page 1

I am writing a follow up list of
violations and things that are still being
done, have not been addressed and have
not changed.

Medical | — I was seen at the hospital for labs concerning
my cancer and mental health

• they took blood and did my lab work
over 3 weeks ago and will not or have
not gotten me back in to get my blood
+ lab results back to me and go over
them

• they put me on new mental health meds
Prozac and            and the doctor said
she wanted to get me back in, in two
weeks to see how they were working
and make adjustments

• I am not doing well on the Prozac at
all and have been having vivid night-
mare about hanging myself off the top
bunk and stepping out in front of
moving semis. I have put in a kite
multiple times only to be repromanded
by CO's especialy CO Scott. She
thinks she is a doctor (or wants to play
one and tell us what we need and dont
need and not any one at the facility
is a doctor or even close to a nur

Page 2

May 29th • CO Scott came in and got on all of our
ass's saying there would be reprocusions
if any more kites were written about
medical.

• Skye Nelson has doctors records (two
sits to be exact) that say he was to
go see a radiologist and they simply do
not wat to pay for MRI OR do
it

• they owe the hospital and clinic money
and those two do not want to do
any more buisness till the under
sherif or sherif get it figured.

• medications are handed out by
hand from CO's that half the
time do not wear gloves

• The CO's are not qualified or
have the certifications to hand
out meds.

• they dam sure are not qualified to
make judgment calls or decised when
we need and don't need a doctor.
I was given a Psyc Med Prozac never
been on before and am having susidal
thoughts and it is dangerouse as
hell to just stop it so what
do I do. Get punished for K.t

Page 3

- Gregory W. Herron / *signature*
- Skye Nelson / *signature*
- Edward Dampschen / *signature*

Mental health is a serous matter when Greivances are filled they do not goto the proper person. CO's read them first and who knows what happens. This place is corupt and violates our rights daily PREA they do not even have the proper #'s up on the posters to call tried it did not work my mom has documented all on the not being able to shower, dry off or get dressed or undressed with out being seen by people walking up and down hall, day room, all dispatch do to the holes and other inmates being brought to and from court or to visits and lawyer calls. We never no when they are coming threw the door and the girls to and from court

page 4

- _Signature_ — Gregory W. Huron
- Don Caverly Jr — Don Caverly
- _Signature_ — Edward Damsch...
- _Signature_ — Skye Nelson

- we have a guy that only has 6 days jail he has been in here the 29th of may 28-30 24-26 his name is Lives in Whitefish MT and has been threw mental health as well and is appolled at the lack of needs and the way they deal with these needs.

- mental health
  1) no nurse / doctor
  2) no councelors
  3) no one to talk to
  4) no programs / therapy

- self help
  1) no N/A Books
  2) I got bible brought in
  3) 1 AA Book in whole jail

- relegious needs
  1) none

- PREA
- 100 MILE
- charge for / shampoo-soap / toilet paper / writing paper / blank paper / toothbrush

Tim McGraw
< the cowboy in me >

page 5

Gregory W. → Herron

Dates Medical Kites were filed for my Cancer and Mental health started

3-24
3-28
4-7
4-8
4-9
4-21
5-12
5-15
5-19
5-23
5-23
5-26 grievance filled

out of all those kites send very polite, respectfull and profesional only one was responded to
5-23
Mineral CO Jail Rule/Handbook
Section 6 medical to be read daily and acted on by health care profesionals and inmates will receive in writing to there submitted kites
5-29-22 - we were threatened by CO Scott that if we filled any more kites on mental health that there would be repercusions Greg Herron Ron Cavalli Edward Dampson Skemason were all present and it was directeted to three of us

3/13/ - 6/1

Page 1 of 3
Dated 6/1/22

Page 1

June 1

march 13th threw June 1st

Black mold in the showers.
we have asked for cleaner to get
rid of the black mold in the showers
and they will only give us (simple green)
does not kill black mold.
we have asked (I have asked as an
inmate worker - who cleans the entire
jail - for a scrub brush (ours is
shot no brissels at all) they will
not get us one and the black mold
is in every shower in the jail.
the ventalation system is so
plugged and full of mold and
debree do to the facility being
shut down for so long it is
horrible air quality.
the central air does not work it
blows hot air so it cooks us
out of here
Skye was threatened in a very unprofesional
way that if he even look, smiled or
tryed to say any thing to his fiance
at court that he would be locked
down for the day when he returned
to his pod. - very unprofessonal and
unethical. her demeanor and the
way she talks to us is foul + horrible

Page 2

May 31st • Gregory W. Herron had a terrifying night
do to the prozac they put me on
I have asked for weeks to get it
taken care of and still nothing
- I have had suicidal thought do to
the meds for over Ten (10) days.
my room mate and the cell next
door witnessed my break down.
• I got so angry I saw red
• lights on all night - can not sleep
• got in argument with CO. May on
the light pollocy
• freaked out over the Inercom
system at May whos only concern
was locking me down and putting
me in suiside watch.
• CO. Cromerly come on and talked
me down, come in as I was
shaking frantikly and crying hasterly
being Comforted by my celli Edward
dampschen who has mental health
issues and has been emited to a
ward. and says to them the danger
of prozac and what I was going
threw. I layed in the fetal position
being held by my celli in comfort
not wanting to go to segreaption alone

page 3

on suicide watch for pills that were a trial and supposed to be checked and regulated cuz of their neglegence this was a detramental deal and my celli stayed up with me 16 hours.

the other inmate Skye Nelson was there as well in prayer and talking to me threw the doors to comfort me

the untrained unprofessionalism of this place is out of control. I have done years of time and been in numerous jails and have never filed a greivence or a complaint and I am writing every thing this place still does daily to harm our well being, PREA, OUR Health and our mental state this is wrong and inhumane and corrupt all this is whitnessed by many and all can be backed by multiple people as the Gods trueth. Greg Herron

Skye Nelson

Edward Damschen

Verbal - complete

Kiosk - complete

written - complete

CO CROmery

## Inmate Grievance Form

**Name:** Gregory W. Herron / mineral co Jail

**Date:** 6-14-22

**Time:**

: Received forms on 6-14-22 AT 10:00 AM FROM CO RIZZY

Addressed to:
SGT CROSTICK
PER Inmate Handbook

### Statement

I, **Gregory W. Herron / Inmates** Hereby file a Grievance for the following reason(s): [Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]

CHURCH SERVICES, Religous services, oned ones
So when I first got here I saw the lack of or should I say
NO Religious services. Only 4 BIBLES A TOLD A LARGE PREPUT
NEW KING JAMES and 4 HARD BACK KING James. Which
was taken from me during a shake down because it was
a Hard back. So after chousing my bike life and riding for
BIKERS FOR CHRIST. I no we need this. It is a posative
way to live and our RIGHT HAVE SERVICES IS LEGIT. I
reached out to my Mother and had books sent in
and old ones IN SPANISH. IT IS NOT RIGHT
to serregate them or leave them out not having
reads for them especialy relegious Reads. I got
the Pastors Name and Number along with reaches
out to Sherif Atkins who is a good farring man. to get
a pastures Name. That being Pastor Morris out of
ST REGIS. We asked what kind of intrest there
was and I Had 14 out of a 16 man POD That all
Wanted and needed the word of GOD. He came and
got a Back ground check and thats all. There
were a few other pastures in the area that said
the hassle to try to get in here is always a
head ache and closed door. Maybee the devil is
here after 3 deaths and an escapg or lets say
a walk out. Then I asked numerous times and I
heard the excuse no 1000m or place. Well theres
a whole indo rec or outdoor Rec when weather
permits. I had to pussh to get bible put in that
were just sitting out in sally port. And set an
out side church to get the word threw bibles in.
All other hes been denied or deprived of US. This
is against our rights and illegal and one or more prodicts

inmates that have asked for services or one on ones.

| | | |
|---|---|---|
| ) Gregory W. Herron DOC/MSP | J Herr | 2109277 |
| ) ADO Perez Gonzalez | (Jus) | |
| b) Joseph T. Morgan | Jo. Morgan | 20032-023 |
| 1) Charles Bailey 17570004C | | |
| 2) Jessie Macias | Jessie Ma | 4.14.1990 |
| ) Skyo Nelson | SK | 3029632 |
| 1) | | |
| 1) | | |
| 1) | | |
| 6) | | |
| 1) | | |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |

Being an inmate should not be a constant
battle. We are people humans and believe it
or not for those that are not educated. We have right
to a lot more than you think. We should not be punish-
for lack of knowledge or education. These are
services and one on ones that are in every
county jail that house over a certain
amount of people. These are state and
Government laws and not Countys. The state
owns all countys! We are all tired of the
bs. that goes on here!

verbal - complete
kiosk - complete
written - complete

Copy

CO Cromey

# Inmate Grievance Form

**Name:** Gregory W. Herron / mineral CO. Jail

**Date:** 6-14-22   received and returned to C.O.'s with copies

**Time:** ___ pm. mineral CO.

Received forms on 6-14-22 AT 10:00 AM FROM CO RIZZY

addressed to
SGT CROSTICK
per inmate Handbook

## Statement

I, Gregory W. Herron/Inmates Hereby file a Grievance for the following reason(s): [Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]

mental Health - mental health meds - mental health councelor. Went to Doctor To get labs Done for Cancer and get back on mental health Meds (severe Depression, mood swings, crazy thoughts, racing thoughts, OCD) was diagnosed with depression, OCD, ADHD was seeing Doctor at 3 Rivers Mental Health also dignosed out of RIMROCK in BILLINGS MT treatment facility and hospital with mental health problems. I started/putting in kites on 3-24, 3-28, 4-7, 4-8, 4-9 4-21 all regarding my terminal Cancer CLL Genie/inpnade Lukimia which I had Just Quit Kemo to prior to arrest date. I Informed them of my mental health state and cancer in Booking from day One. It took mutiple kites 2 to be exact filed basically begging to see a doctor. I received Ø responces on any of those kites. That is neglect and not exceptble, my Health is as mportant as there own. The excuse I got was my file was so large do to the Cancer that it was taking a while. That is a blatent lie the hospital has informed myself and family of all the dates and details of the truth and the Physicans and staff will be brought into court to testify the truth by a lawyer when time comes. THIS whole time I have you know that I was put on new Psychotropics for my mental health for a truel period. PROZAC, and another I think Hydoxamine but after a while t was horrible. suicidal thoughts, dreams hanging myself in defail off the top runk, stepping out in front of semis on freeway, I put in kites from 5-12, 5-15, 5-19, 5-23 got one response on 5-23, 5-26, finally got me back in to the doctor after all the types of mental suicide confertations being edgy with others (No physical) to get meds changed after basicly begging! CO Chattorly Cromey, CO MAY, CO LOWRY CO Ratliff. my medical kites were not being ooked at or read by a certified phasician. waited over 7 weeks The docter wanted me back in 2 to 3 weeks. Had a suicidal mental break down CO May ust threatened me with lock Down. It was 11:00 Pm I ALREADY was and then breatoned me will confinement and suicide watch, nothing else the prozac I was begging to change was being neglected and afraid to quit do to

tomates that have some "Mental Health" Grievance

2) Gregory W. Herron DOC/msp O.R.        2109297

2)

5) Joseph T. Morgan Fed bed/cnty    Joe Morgan    F. 20032-023
A.O. 102 555 Idaho
MT 3008479

1) Skye NELSON DOC            3029/032

3) Edward Domschen DOC

1) Edward helped me threw
this I helped him our
mental state was horrible
and I am not sure I
would of made it threw
3) the right with out him
oh and I was reasured I
would not lpose my inmate
thing that is what I was worried about.

My celli and went threw all
this with me/and was out of
his own meds for weeks
5 different ones then denied
some do to cost till I had
to use 3rd party to cer l
Hospital and make it
Happin. All witness are
available on this matter
for Edd, skye, Greg
skye nelson was denied
mental health the whole time
120-170-120

Transferred to
Start June 10th

Jessie Macias
IS+DOC DOC
Charles Bailey

20. Rizzy came to me after the episode had
been reveiled to my doctor at the hospital
CO. Ratliff was present (in the room with me
which is also illegal and against HIPPA which my
security and the doctors was fine I was
belly chained, hand cuffed and leg Irons on.
My doctor, and I have the right to patient
doctor confidentiality. HIPPA — especially
my mental health. SO the doctor and
Ratliff were appaled by CO mays actions
and when this was brought to Rizzy
By CO Ratliff she came to me in the
laundry room and asked me on the
situation and said. It was unacceptable
mays actions and said me and my incodent
would be training as what not to do. I
guess I am and us inmates are test dummies!

Verbal - complete
KIOSK - complete
Written - complete

CO cromery

# Inmate Grievance Form

**Name:** Gregory W. Herron /mineral CO. Jail

**Date:** 6-14-22 received and returned to CO's /with copies

**Time:**

:Received Forms on 6-14-22 AT 10:00 AM FROM CO RIZZY

addressed to
SGT. CROSTICK
per inmate Handbook

## Statement

I, Gregory W. Herron/Inmates, Hereby file a Grievance for the following
reason(s): [Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]

NA/AA self help Books - packages - Refused package - From vendor
NA AA BOOKS WERE SENT, IN BY mom and
the box was not even opened. It came straight
from amaz and paid for by her the fact
that they say opening packages from amazon
Barnes AND NoBle of self help BOOKS
Addiction BOOKS. AND not of ART DG
any groups or classes or volenteer
to come in is wrong 90% of us
are addicts looking and wanting
a New life or change for the good
and you deny us the ___ by saying
yours CO is which are us Tax payer
that parents as for paying for
yours salerys so you tell us and our
support network that it is a waste
of our money and time
All BOOKS    IN WHOSE Jail
① NA BOOKS
② AA Groups
③ NA Groups
④ parenting books
⑤ Anger management classes or BOOKS
we are in a sense wanting to use our
own money to by them outside from
a supplier never seen by our people
and it is a waste of the Jails
money.
All Packages returned that is wrong in so
many ways

Inmates that have asked to go to SHU, meetings
and packages to sent to these additional

Case 9:22-cv-00109-DLC Document 61-1 Filed 12/07/22 Page 32 of 126

1) Gregory W. Herron                                          FCI 14175-023

2)

3) Joseph T Morgan  DOC/Fed.    Joe Morgan    102555
                                               20032-023

4) SKYE NELSON  DOC    _____    3029GI

5)

2)

1)

3)

7)

6)

1)

COPY
CO May
9:30

# Inmate Grievance Form

**Name:** Gregory W. Herron / mineral co. Jail

**Date:** 6-15-22

**Time:** 9:30 pm
:Received forms on 6-14-22 AT 10:00 Am FROM CO RIZZY
addressed to
sgt. Crostick
per inmate Handbook

## Statement

I, **Gregory W. Herron / Inmate** Hereby file a Grievance for the following
reason(s): *[Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]*

Community Clippers that never get disinfected
• no disinfectant in pods or jail to use
on the clippers.
• BlOOD from nicks and people shaving there
Bodies with them
• Shaving there heads / with no guard
• only simple GREEN
• WE ALL USE THE CLIPPERS and THERE IS NOT
a way to disenfect them after each use
• I HAVE ASKED Multiple times and like
everything else we get no were
• THERE IS KNOW HEP
          HEP C
      Harpies simplex 2
      Genital Herpi's
      and who knows what else
• witnesses who know we were out of gloves that
will have to testify in court do to your lies
OF CO RIZZY
• May stood in cell door way and admitted to
Enmate Greg Herron and Skye Nelson that, we
were all out of gloves and that we ask simple
Green Cuz it is cheep
• CO PAHLIFF 7:30 pm stood out side cell a in
Block D and said we use the simple green cuz
thats what was here, when we opened up, and
there is lots of it, no I has no disinfectant
properties, germ killer, or antibodies to kill
viruses

| | | |
|---|---|---|
| GREGORY W HERRON | | 2109297 |
| 1) | | |
| 2) | | |
| 3) | | |
| 1) Skye Nelson | | 3029632 |
| 2) | | |
| 3) | | |
| 6) | | |
| 1) | | |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| 8) | | |
| 9) | | |
| 10) | | |

multiple verbal — complete
KIOSK — complete

JT's - Mailed
copy
Co may

# **Inmate Grievance Form**

written — complete

**Name:** Gregory W. Herron / mineral Co. Jail

**Date:** 6-15-22

**Time:** 9:00 PM

:Received forms on 6-14-22 AT 10:00 Am FROM CO RIZZY

adressed to
Sgt. Crostick
Per inmate handbook

## **Statement**

I, _Gregory W. Herron / Inmates_ Hereby file a Grievance for the following reason(s): [Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]

medications (psyentropic)

I was put on a new mood stabilizer and anit Depresent and have been told By MY Dr that these meds need to be taken on a regular time and consistant They are prescribed as follows 3 times a day every 6 to 8 hours

- My Doctor called in an SPOKE TO CO CROMERY and he was told the importance of that. The jail was also told that the dosage was going up so keep that in mind and go on ever six hours or as needed

for the last 5 DAYS I HAVE NOT GOTTEN MY AFTERNOON MEDS TELL WAY LATE.

- How is a body supposed to ballence out and get on a stable Chemical ballence when these directions are not being followed.

- again there is No one here at this jail or a CO that is a doctor or Nurse or can speek for one or make there own decisions on dosage and times.

- the 11TH of June threw the 15th any were from 2 to 5 hours late or variance from the set schedule of 3 times a day THAT IS WRONG AND I GET locked down from a verbal confrontation with CO RIZZY thats BS

- This is a new med cuz I had suicidel thoughts and a hell of a ride do to the prolonged time 7½ weeks on Prozac (a trial period of 2 to 3 weeks and a follow up) But was not gotten back to the doctor again until I was suicidel do to meds

verbal - complete
kiosk - complete
written - complete

comas Copy

Per Inmate Hand book

# Inmate Grievance Form

**Name:** Gregory W. Herron / mineral co. Jail

**Date:** 6-15-22

**Time:**

:Received forms on 6-14-22 AT 10:00 AM FROM CO RIZZY

addressed to
Sgt. Crostick
Per Inmate Hard book

## Statement

I, **Gregory W. Herron/Inmates** Hereby file a Grievance for the following reason(s): *[Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]*

STD's /DOCTOR

- there is hep C        Joseph Morgan /Edward Damschen
  Genital Herpies      Joseph Morgan / Edward Damschen
  Herpies Complex II   Joseph Morgan / Edward Damschen

- Inmate workers Greg Herron  Kitchen /Laundry
  Edward Damschen  Kitchen

- As IW, in the laundry there were only 2 of us for the last month or more that wear a size 3X boxer. I do all the laundry.

- I have had no STD's prior to this I just had Labs done on 6-10-22 and HAVE 2 and a 1/2 years of labs and blood work prior to that that say I am clean.

3X Boxers  Joseph Morgan ( Greg Herron Ill.
              Edward Damschen 3X as work out shorts
in I.W. POD.

- NO gloves doing laundry / only 3 rags per dart to clean
- cellie's will  Edward Damschen      6 Cells - when virus is there
- No disinfectant / Germ killer / Virus killer / bacteria killer
- Had morgan Hep and Herpies cancer for 10 years looked at my Junk and said it was Herpies break out
- C/O. CROMERY said the same

- Had CO. MAY AND C.O. RATLIFF look as well there is still more puss pocket after I popped and washed the others

) GREGORY W HERRON

2)

1) Skye Nelson / witness                          3029632
2) Joseph Morjon / witness
) Edward Danschen witness
1) many other inmates she put it out or blast in
1) front of the whole unit
1)
0)
1)
2)
3)
4)
5)
6)
7)
8)
9)
10)

This is for life and I get thrown in
confinement and 48 hr lock down because
I need medical attention. This is all noted
by hospital & Doctor there. OH AND me
having to use 3rd party to get doctors
appointments! wrong oh so wrong.

They CO Scott and Riezy said it was not a emergency
or life threatening or dangerous so they will
try to get me in in the next couple weeks. Why
so it drys up and that. Well FYI It is detectable
by BLOOD DRAW (samples) I need to see a
doctor this Is life long and they are not doctors.

ATT. Cashman sorry on bad spelling

# Inmate Grievance Form

**Name:** Gregory W. Herron / mineral co Jail

**Date:** 6-21-22

**Time:** 8:00 PM

: Received forms on 6-19-22 AT 10:00 Am FROM CO RIZZY (Blanks) none are kept in Pods per Inmate Hand book making this process almost impossible.

Sgt. Crostick

under sheriff: Wayne Cashman

**Statement**

I, _Gregory W. Herron/Inmate_ Hereby file a Grievance for the following reason(s); *[Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]*

Rules / Handbook not updated

1) The fact that you all chose to reopen a Jail that has been shut down for along time is not our problem. The fact that you put the cart in front of the horse by not having staff properly trained to follow the rules you have provided us inmates. again not our fault. If there is not the money or ware abouts to get what you say will be issued per your hand book. again not our fault We are following the rules and going by inmate handbook. The laundry (sheets and pillow cases and towels are now being done Weekly cuz I as an inmate worker started doing it of my own will - TOOK LEAD ON THAT. do to staff not knowing the rules of the handbook you all hold us to knowing and following. If we break the inmate rules in your Handbook per the Kiosk we get in trouble/locked down/writes up that stay on our jacket or others. Us not having a Sanitary place to put our Commissary in our pod is wrong. Our commissary being stored in the janitors closet with all the chemicals and cleaning supplies is wrong. I was taught to put the horse in front of the cart. Have all my orders and affairs in order before I take on a job. Better Results THE HANDBOOK BEING OUT DATED IS NOT OUR FAULT. That should have been updated before reopening the Jail thank you Inmate HERRON

Gregory W. Thorson

dec/msp

2)
1)
2)
3)

1)
1)
1)
6)
1)
2)
3)
4)
5)
6)
7)
8)
G)
0)

Gregory W. Herron
912 Colorado St. # 1
Belgrade, MT 59714
(720) 676-5345

4/1/22
dated 3/13/22
See Below

Via post mark
from Superior to
Greys lawyer

- My letter prepared for the wrongfull doings of the rights of all persons in Custody at the Mineral CO. Jail in Superior MT. P.O. Box 99 59872

- Mineral CO. Jail has been contracted and funded as a federal holding facility. There for there are state criteria's that must be meant and federal criteria's that were also taken on over and above the standard state criteria's the minute they got federal funding to hold and house federal inmates.

- aclu of montana
  P.O. Box 1968
  missoula, mt 59806-1968
  Phone # (406) 433-8590

- media aclu@aclumontuna.org
  media phone (406) 541·0296

March 13th Date I was brought into the facility

- Violations
- no phone call when brought into booking
- was not given my free call of any type to inform my people, as to were I was or were I was transported.
- Did not recieve call or my money to buy a phene card till the 15th Tuesday

① Gregory W. Herron
② Joseph Morgan   Joe Morgan  ⑤ Christopher Wylie
③ Rose(Roberts)   ⑥ Stephen Pruitt

8. Dale Johnson
9.
10.

#3

March 13th day. I was brought in,
this • multiple medical kites have been put in
3-16-2022 to get seen by medical. for initial intake,
to let them know any or all prescriptions
an inmate might be on or need. I
5-21-2022 have Cancer CLL cronic Limbomatic
Lukiemia and they were told that imedially
526-2022 upon my arrival and I have still yet to
527-2022 be seen by any med al Physician.
• finally got a respond about Medical kite
today and they asked me what I needed
medical for. After getting uptight and
having to debate with the guards about
my medical condition the Bring me a
medical release to be seen by the
Mineral County Hospital / clinic after
getting my medical records. 3·28·2022
• Hopefully going to get medical care.

<u>Violations</u>
➔ no medical care or intake in a timely manor
➔ not giving meds on time after called in by Clinic
➔ not seen for medical issues (inmate fell in
shower hurt his hip bad and the refuse to see
him.
➔ responding to kites we will get to it when we can

① Gregory W Herron
② Jerry A Buck JR
③ Shay A Leach
④ Christopher Wyke

⑥ Stephen Pruitt
⑦ Paul Eighben  Paul J Richter
⑧
⑨ Anthony Brizard MICHAEL K

4
pg

Mach 13th. PREA   Prison Rape Elimination Act

• When I came into   Block on Tuesday th 15th
and I noticed the showers. They were blocked
with dividers that Have holes in them from
top to bottom, giving the inmate in the shower
no privacy and one of the panels that is
suposed to be on the end is not even there
giving every one in the day room clear
vision to the in mate in the shower, if
they choose. This is a small jail and the bubble
also has 911 dispatcher in the bubble and they
have a straight view as well as the guards in
the shower. that is not right & violates my/
our privacy. Two days after being in this block
we we cell/pod searcard. We had towels tucked
in the holes to provide us with privacy and
after our cell/pod search they took all our
cover down and we got locked down for
violation of jail policy/ wich we should
not have to be watched as we shower by other
inmates or jailers or 911 dispatchers. We said
that was not right and they said tacy would
look into a solution and they still have
not. We took it upon our selves to glue
peices of news paper over the holes with
tooth paste to give us some privacy. Still
leaving the big hole were the side panel
is cupposed to be open for others viewing
                                              pictures ➤ MIER

Front view

from day room and the bubble and
911 dispatcher. All those holes give anyone in day
room or bubble or the 911 dispatch a straight view
at inmate in shower. Note again we got looked down
when we put up towels for privacy and it is now
the 1st of April and the problem has not even been
looked at or taken care of. We are waiting to get
in trouble for putting paper over the wholes there
is plenty of view for the guards to see the the
inmate in shower is not in harm danger of hurting
himselves, just like every other jail. not a clear
view of them showering



The ↑ indicates no panel
giving any one in day room open view. no Panel
to all or any one showering violating of rights.

2 5 6

These are all things that break the PREA code and are not exceptable or things that we should be punished for or preyed upon like sexual animals or predetors.

① Gregory W. Herron ~~Jerry~~     ⑦
② Jerry A Buck JR ~~for Buck~~      ⑧ ~~Mychal Kully~~ MICHAEL K.
③ Christopher Wolfe              ⑨ Joe T. Morgan
④ Stephen Pruitt                ⑩ Royelkworth
⑤ Paul ~~Richter~~ Paul Richter ⑪
⑥ ~~Dale~~     Dale Johnson ⑫

March 13th. Sinse I was brought to this facility I have been asking on why it is so much more to call from this Jail than it is from any other. This Jail uses TurnKey for commisary which alot of places do. How is it that they can charge a rediculous amount over 90% profit off items that other places charge normal prices for. example one top romin soup is $1.00 that is crazy and extorsion. The phone is .50¢ per minute to talk to my family they are extorting my family to talk to me. My family wanted to help out and order me some commisary over TurnKey on the internet and they charged them $8.95 cents, Nine dollars to make an order for me for christ sakes if we did that to the public we would catch a Felonie charge. This is

extortion & illegal ashell. So If my people want to add money to my account add money for chrips sakes on the internet threw turn key they charge them 8⁹⁵ to take our money, also illegal So if my family wants to put $10⁰⁰ on my Books they will be charged $18⁹⁵ and only $10⁰⁰ of that will be on my book but they will be charge $18⁹⁵ again extortion. We might. There excuse for not switching to the new phone system like all other jails is that it will cost them to get out of their old contract Well maybee they should of thought of that before they took on the federal Contract to get Federal funding to house Federal inmates. They need to comply with rule if they want free federal money again robby my tax payin people pockets We need right full reasonble phone calls and commisary. a little profit is one thing but raping and robbing our people is wrong.

① Gregory W. Herron ⟨signature⟩
② Paul Richter  Paul Richter
③ Christopher Wylie  ⟨signature⟩
④ Jerry A Bush ⟨signature⟩
⑤ Roy Ellsworth ⟨signature⟩

⑥
⑦
⑧
⑨
⑩
⑪

Pg 8

We are being charged for Toilet paper I am
a very good inmate/never had a write up
in any of my years of jail or incarceration
so why and the heck would you charge
me for toilet paper when it is noted and
documated that I have cancer and
stomach problems and use the bathroom
alot. To charge me to use the bathroom
is rediculous & that is what they are
trying to control my amount of toilet
paper and how many bowel movements
I have. That is rediculous. NO hair
nets being used by food service prep.
There has been multiple hairs of
all sorts and color in our food
and on trays. Our mail is messed
with and not sent out on time is
held depending on its content (nothing
illegal or law or rule breaking by us)
or who it is to, also illegal. They
are houseing federal inmates now so
they need to abide and provide all
the things that the federal guidlines
say in the contract. These all need to
be addressed they can not do as they
are doing to us these are all illegal
actions. This letter is going out to
mutiple people so It will not go by

the wayside. We are paying for the rules
we broke. We made bad choices that
does not make us bad people. And
if we held up your mail on the
streets its a charge, if we robbed you
or extorted money from you on the
streets also illegal breaking the law
I do not need to go on you all
are smart + know right from wrong
Thank You for reading this a
we await your actions this matter
especialy since PREA will not go away
we have and are still continuing to
be violated in that way.
Thank You from us all
Date 4.2.2022 These are still ongoing
problems. No actions have been taken
① Paul Richter Paul Richter
② Gregory Wayne Herron,
③ Chris Wylie
④ Jerry A Birch Jr
⑤ Roy Ellsworth
⑥ Matt King MICHAEL K.
⑦ Joseph Morgan
⑧ Roy Ellsworth
⑨ Dale Johnson
⑩
⑪

Pg 10

# Forgotten Notes

- Notes that need to be documented that were forgott
- When I was not given the phone call to call my People, my people mother/Madonna Rich 406 531 6497 / had to contact all the jails to see were I was cuz of denial of these privileges Ashley Yoscovitch/Fiance also had to reach out to find me cuz I was not given the call to contact her
- hair nets
- pills passed out by fingers of guards not wearing gloves
- they are understaffed and do not have people on shift to deal with grievances or address real issues. The staff is very poorly trained
- they want to provide envelopes and stamps but control the amont they will give out even if you write your people daily.
- The linnen exchange is give your clothes and wate a day for clean ones cuz they are understaffed and can not keep up on laundry
- We only wants what right we follow the rules so do they and is who there is rules
- cleaning supplies daily we have 16 men in a pod / that reqires daily cleaning to keep up sanitation

Date 11ᵗʰ UPDATE OF NO CHANGES at THE
Mineral County Jail, JUST MORE VIOLATIONS

medical • Greg Herron had to file a Medical
Greivance after finding out that Four
medical Request Mandatory CT SCANS
were denied by Under sherif Cashmen and
CO Rizzy. CO. Ratliff was told after
written Request was filled and denied
twice to call the Under sherif Cashmen
Right then and there to get CT Aprraved
and they both denied over the Phone

• I was put on @Pycotropic meds
Prozac for follow up in three weeks
an 7½ weeks later after Suicidal
dreams for over 10 days Histerical
Crying and mental breakdown and
threatend to be on suycside watch
finally got a dr. appointment

• Denial of meds do to cost

• Lost Job do to making calls and
helping out Skye Nelson to get bonded
after CO SCOTT & RIZZY told CO
Ratliff that I could not help nor
could Eddward Dampschen or we
would punished.

• CO SCOTT and CO RIZZY Both slandered
and defamated Skye Nelsons caractor
to the bonds men enough they would
not bond Him Horrible things were
said to Nancy Skyes mom on phone
without them Knowing it was her.

• Horrible slander on Skye do to there
Judging

- Not enough seats at tables to eat at Houses 16 Immates BlOCK C Only 12 seats at tables
- Square footage per person or inmate is not per code - legal code
- No ventalation system that works
- ac DOES not work,
- no free AIR RETURNS OR FRESH AIR Itakes in block C
- Only Recycled air
- AIR system is contaminated with dirty air and Black mold
- C Block Black Mold
- no DISinfectant or germ killer of any HPS or STDS OR CoronAs only simple green.
- no GERM KillER only little Wipes in laundry,
- still no soap ordered, Broke washer, Broke dryer
- Was supposed to Go TO MSP 7 weeks ago but then new nothing of my Cancer. This County did not want to pay for my CT SCAN.
- THAT I 2 months I could have Clear Conduct off Fish Pow chrge
- affordable phones
- affordabe canteen
- mail held upstairs

Charged
for

toilet paper / tooth Brush / soap / shampoo
and white paper  per role, per bottle, per brush

Comisary

They get Doller store glasses and keep them in the
janitors closet in a box and when we order them
on commisary they just put it in the bag when it
gets here and charging us $8
Blank paper they charge us for it and then
put it in our bag when it gets here
I had a whole bunch boxes of new paper to
donate denied. It was from my girls work
they switched systems and this was 11½ × 11½
spare and the new printers did not take it
so she got three boxes brand new reams
and the Jail said no and did so-so they can
charge us        a sheet

Food:

our food / comisary is stored in the janitors
closet with all the chemocals
open tortia bags
we have no place to put our commisary it
goes on the floor cuz no totes or enough room
on the little table to store it all and still
try to get up on bunk.

not enough tables for inmates I had
to eat on the Floor when I got back to
population

**timed pod checks and rounds**

They do not do walk arounds or timed rounds or POD/cell checks. It is very plain to see why 3 people here hung themselves an 2 have escaped. They know they have Mental health inmates here that some are on old meds and bodies used to it. Others are on new meds, new dosages and trying to ballance out there brain Cemestry and they do not do Rounds every 1/2 hour Every hour. Sometimes we only see them at meals / clothing pass or if you pester the Fuck out of them on the P.A. BOX (Push the Button) every other jail has a wand that is issued to each CO and that is there and they touch it to a puck at the end and buzing of eacho cell or tear. It logs there rounds and documents the times and amount of Rounds.—

This is negligance / flat out lazy and wrong in every way / a person could slip off bunk, fall, faint, have reaction to med. attemp surcide and they would never no till it was to late or an inmate sow and reported it.

Page 1 of 3 Letter mailed 6/23/22 ①

I Gregory W. Herron and every other inmate in this jail Is being violated, watched by 911 female dispatchers / 3 CO's Females / 4 male CO's and the other inmates. I am tired of being prey upon by eyes of females / Inmates going back and forth to court 1,2,3 day (short timers) that are held in booking then down thru the pods and double doors to court then back. You never know when, who or what is going to be coming thru the doors. B Block Same way / C Block the cell I was in 24 hr camera. Can be seen by kiosk visits / other inmates and all staff listed above and Now I am In D Block and it is even worse as far as the view in the bubble to showers. impossible to get in or out with out seen / get to your towel to dry off. This is every block in the jail for males. So wrong I am not prey or do I need my self worth to be toyed with by the viewing of me naked. Wrong Wrong Wrong and I can not even call her my Mom has had to cuz none of the numbers work / what if I was Damm near???

PREA # 1800 483 7858 / Kiosk per hand book 1800 843-7858
→ ← are direction of view

\* the PREA Brochures posted are wrong can't get a hold of anyone

\* Both #s are wrong, afraid to file any more grievances now they have already took my IW job/population move / now consolitary confinment

course house → ← rooms \* holding my mail three days after money was put on

pass threw to A&B pod

\* Just stite full stuff now they are covering there ass with every thing I have filed on to little to late this is BS. never been treated like this

coffee creamer food condiments Jest

DOOR

DOOR

barricoal closet

DOOR

window

window

Hall way

DOOR

windows

window

shower

① holes in the divider can see right threw them the CO's and 911 dispatcher can see right in the shower area where we dress and undress ② Holes in panel look directly at the 911 dispatchers 3 girls I think ③ you can not get undressed and get to the water or get to your clothes or towell with out a clear lane BIG LANE being seen or exposed. ④ Inmates going to and from the court rooms (girls, guys and staff inmates) with out a wide view of a man naked drying off or getting into shower

3

the kiosk for us to follow. This was the handbook
we had until they updated it months later. The
rules they denie are written in black + white in
there hand book on th kiosk

(Faults of) Mineral County hand book (out dated)

m.) commisary allowed to purchase on commisary which includes, but
are not limited to writting/drawing and hygine items sent
in from vendor or private party (wasting our loved ones money by
not following there own rules and denying packages)

section 18

a) Inmates will be allowed representatives of the news
media anytime during thue incarceration in the facility
(freedom of speech /helping other/preventing and stop bullying)

b) no inmate will be disaplined for anything that they might
write or imply concerning the operation and mangement of
facility

• It is the inmates responsibility to prove ownership of
his or her commisary (no bins or way to keed it seperate starts fight)

• Indigent inmates get only one hygene kit per month
(a little tube of tooth paste/a tiny tooth brush/one Bar in one shower
shampoo, shave cream, and soap) not adiquit charge us for toilet
paper tooth brushes, soap/shampoo)

medical

sect 6    all kites are to be answered by a medical phasician or qualified
individual (co. scott is not (Health Care Professional)

• kite are not available to us in the Pods or day rooms
of our Pods

greivance

3) still goies to a Sgt (rostick /she has been gone a long
while. (then I get a smart ass coment from under
sheriff Cashmen for misspelling his name (fuck
we don't even have the right Sgts NAME how are

we supposed to know Cashmans spelling he is
never around or shows his face / so we are not
mind readers
9. policys, rules, and procedures, enforced in
   facility
a. policies, rules, and procedures, inforced in facilitie
b. and lack of policy
c. Jail conditions
d. actis as or services provided from staff which directly affects the grievance
e. program services (none)
11) no such thing as a grievance # here any
   way

Joseph Todd Morgan
9-22-1992
AO# 3008479          Soc # ~~XXXX~~ 4956
Idoc # 102555        Joe Morgan
Fed # 20032-023
My sisters # 208-691-0256
I was in County from Feb.- July 2022
June of 2021

- mental Health
- defimation of character
- prea
- wrongful imprisonment
- medical

Michael Naron / Michael Scott Naron
7-11-88                - lack of privelage to
Wife→ 406-274-6424     speak the attorney
feb. - sept, 2022
                       - theft of commisary
1) Robert Sides        money,
2) Donaldo Garcia
3) Joseph Richard Freeman   - wont get me refill
4) Skye Nelson          of my meds federal
                            immate
                       - PREA- was put in
                       cell with 24 hour camera
                       - lack of religious service
                       mental health



Map for lay out of Cstoels 16 men block

Key
only 12 chairs / tables
all wall lengths are close
so you can get sq ft.
about

1) Kesnos DeHumidifier model PD10A
2) 20" Box Fan Lasko
3) Hampton bay mod SVFZO
4) Lasko 16" stand fan

Temps in 4 man Cells are 85°-98° cell block 85-92° 16 men with no Free air/fresh air/ no AC/ no air circulation from duct work at all the temps out side are over 100° every were around us. we are fucking going crazy, so fucking hot inhumane and against human Rights we need help please

176 inchs

TV

new camera

70"

windows

table

266"

2 Bunks
Cell

2 Bunks
Cell

2 Bunks
Cell

2 Bunks

Finaly removed camera on Aug 31st

24 hr camera can see you sleep get undressed, Dressed, Bathroom

# 1 & 2

windows

176"

new camera

PD10A

table

table

Turn keys Video monitor

100"

C
B
A

Shower

2Bunks

Cell
2 Bunks

cell
2 Bunks

cell
2 Bunks

266"

P.S. Under sheriff cashmen District
even respond to the Greivance we
filled formally in writting - just ignored it

* The cells are all the same size, map not to scale
* The only air is the little fans blowing hot recycled air around.
* When we shower it is unbearable
* When we clean our block and cells the humidity get unbearable for the humidity from the mops and wet rags
* It is 100° Plus all over MT, IDAHO, CALI UTAH, ARIZONA, COLORADO.
* we are mentally going crazy. short temper Frustration,
* We ask for more than one out door Rec in the Am's and Pm's when it is cooler and all we get is it is against Policy
* The just spent Thousands of $'s on cameras flat screens for security, 20 plus cameras with who knows How much cost but Will not buy us any more fans (one per cell) to blow in with doors open. There is already extension cords ran every were in the halls the Blocks so it is not a hazard or Danger to add more this is bullshit we are not animals

DOC. #                              DOC. #
1) Gregory W. Herron    2109297   9) Thomas Guerrero WAG 376417
2) Trevor C. Frantz      05488-510  10) Joseph Todd Morgan
3) Kenneth D Cadieux    3007965   11) These are for support
4) Jason C Allen                   12) and as witnesses
5) Oliver Csa plados               on the bullshit
6) Daniel lipari                    heat in our cells
7) Noah Hall
8) Daniel Ekom

To: herron81872 greg herron  8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

3/28/2022 8:34:22 AM

*___↑___ CO Rizzi is the one answering

Medical Request

On 2022-03-28 08:34:22, an admin user replied:

What is the problem that you are requesting medical assistance


Original Message, sent 2022-03-24 20:15:11:

I really need to get in and see medical please and thank you

============================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

3/24/2022 8:15:11 PM        * I was arrested March 13Th

Medical Request

I really need to get in and see medical please and thank you

============================================================================

* all the medical, Greivances and money orders
There were alot of money orders they were
just never logged or signed by me.

- And the CO that Printed these off for me
said he bid not have permision to get into
the PREA ones that I filed on the
Turn Key -Kiosk-

- We will have to get those ones from Turnkey
I guess

- They are in order and I printed off there
response/sent you the written responses/There reponded very little

Original Message, sent 2022-04-08 09:18:30:

Could i please get into get me covid shots so i do not have posibilities of getting sick when i hit msp   Thnk you greg

=============================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

4/7/2022 12:52:38 PM


Medical Request

Could i please get in to get my covid shots need them to go to msp please getting them ahead of time will help alot and with the cancer i really do not want to risk getting sick my helth can not afford it thank you so much

=============================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

3/28/2022 8:44:16 AM


Medical Request

For one i have cancer and it is noted  For two you have to do a medical intake when a guy comes in and there are medical concerns that need to be noted a guy should not have o ak mutiple times to see medical

=============================================================================

To: General Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

4/21/2022 1:10:37 PM

*I received 28 money orders bwring this time you will see very few that log a receipt of funds*

Re: money order

On 2022-04-21 13:10:37, inmate herron81872 (greg herron) Replied:

Thank you

Original Message, sent 2022-04-21 11:25:00:

your mom sent a $35.00 money order.

=============================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

4/9/2022 3:33:20 PM

*With Cancer my white blood count was shot and could not afford to get sick around new strangers in jail, they asked me at booking if i wanted one*

Medical Request

I know they said my chart was big do to my cancer an all but i really need to get in and see them please  I also really need to get my vacination for covid thank you greg that is get in and see the local hospital or clinic thanks again

=============================================================================

To: herron81872 greg herron  8/18/1972 From: dcromeenes

Current Balance: Trust $107.51 Lien $0.00

4/8/2022 9:34:27 AM

Medical Request

On 2022-04-08 09:34:27, an admin user replied:

I'll pass a note on to rizzi as she is the one who makes the appointments for everyone

*Then this is the next response She already knew I had Cancer*

To: Medical Requests Group From: herron81872 greg herron 8/18/1972

Current Balance: Trust $107.51 Lien $0.00

5/15/2022 6:20:27 PM

Medical Request

I was wondering on my follow up on my blood work for my cancer and i need to get my meds adjusted They said they wanted to se me in ten days Thank you

==============================================================================

To: Medical Requests Group From: herron81872 greg herron 8/18/1972

Current Balance: Trust $107.51 Lien $0.00

5/12/2022 1:08:14 PM

Medical Request

Was checking on my return apointment to the doctors i need to get these new meds adjusted please and thank you

==============================================================================

To: herron81872 greg herron 8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

4/21/2022 5:31:29 PM

Medical Request

On 2022-04-21 17:31:29, an admin user replied:

As when I spoke to you, You do have an appointment set up for in the near future. I am unable to provide you with the exact date or time for safety reasons.

Original Message, sent 2022-04-21 09:47:00:

Was wondering when i am going to get in to see the doctor i have been here 2 days shy of six weeks i need to see the doctor please and thank you
*still no Dr. at Six weeks



To: herron81872 greg herron  8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

5/23/2022 11:05:13 AM


Medical Request

On 2022-05-23 11:05:13, an admin user replied:

We have contacted the clinic and they are reviewing the charts and advised they will call us back.


Original Message, sent 2022-05-23 09:41:58:

I really need to get my meds changed these were experiment ones i have never tried and they are not what i need  I also need to get in and get the results and talk to them on my labs  Thank you

===============================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

5/19/2022 9:00:19 AM

Medical Request

*They put me on Prozac for
mental health and was supposed
to follow up in 2 weeks it was
7 Ye after many suicidal thoughts

I really need my meds adjusted and to see the doctor on the results of my labs that were done Thank you

===============================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

5/26/2022 11:39:25 AM


Grievance Request

This is regarding my meds tat i was put on that are new mental health meds and are not right.. I needs to get to the doctor and get them changed i have asked plenty of times and the proper stuff is nt being done.  I aslo had labs taken over three weeks ago and have still not been taken to the doctor to get the results.  This mental health and lack ther of is not a joke there is not a person,co that is a doctor here and no one qualofied to talk to here about mental health and this stuff is seriose.   All the papers have been fille out and done.

================================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

5/23/2022 11:35:23 AM


Medical Request

I dont understand that response they wanted more doctors info last week now they need to look at charts the lab results have been back for weeks now and the med they put me on are wrong so i do not see what needs to be done other than an apointment made  It is illegal for them to tell lab results or go over them with any othe than myself. Labs also can not be taken with out the results that were requested  Gone over with the patient especally with my cancer
================================================================================

\* after talking with my Dr at the
Hospital this was all lies made
up to not have to to me to Dr's
We ended up having to do a 3rd
Party form from the hospital for my
Mom to get me Drs appointments, I
call mom, Mom calls hospital, hospital
calls the jail and schedules me a
apointment. This was all per the Hospital
they sent the form to the jail for
me to sign & send to mom



To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/10/2022 8:16:11 AM

Grievance Request

Religouse services or lack of any or should i say none. I have the legal right to have somebody teach, guide and go threw religous services with me and all the other in mates. I have put in extensive effort and leg work to get bibles in the jail wrote and talked to pastors that got the back groung check done and have volenteered to give christian services to us  Months ago and nothing. The ecxuse or reason last time was were it would be done we have a very large indoor rec room that would work fr services just fine we have the bibles so why is it being  Held up? Thank you i hope this goes to the propper person to address this kite cuz the others i have written have not been.

===============================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/9/2022 6:26:24 PM

Grievance Request

We need mental health people to talk to a mental health propram  We are on eperimental meds with out the proper follow up and it is detramental to our health and mental well being  We need a liscenced profesnal couselor to talk to like every oth jail n montana especially one with a federal contract   It is a must when housi g x amount of inmates and ferderal inmates

===============================================================================

\* The mental anguish we were all going
threw we just wanted someone to talk
to, The mental health in there was
serious, the amount of guys on meds
and no out let except co's we
could not trust, do to their own
actions and respence to us

Original Message, sent 2022-06-12 09:26:21:

The phone prices, are crazy and rediculouse It is not our fault that you guys do not want to brake your old phone contract with the company you have, because of the cost. That is not our problem It is .50 cents a minute to use a phone card. It is .25 cents a minute to talk on a pre paid account that our people set up on the outside. For them to add more money when ther funds are low it then again, every time charges them 5.95 to add more phone time. This is evertime they do it. And it is crazy that evey week mainly on sunday the phones wont allow us to call out using the pre paid accounts set up by our people -- as in a collect call--. Those calls are .25 cents a minute. We can only call with a calling card purchased on this end which is .50 a minute.----huh crazy, and how convient. There was a jail, prison communication act passed that you must provide a affordable reliable way for or people to talk to there people. Every jail in montana has this affordable line of communication why is it not here, this is extortion and illegal .. Please and thank you we as inmates would like this fixed as well as our people, love ones and kids. If ou have kids you would not want them and yourself extorted on prices-robbery done to them. Thank you

=============================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/11/2022 6:12:27 PM


Grievance Request

Self help books na and aa there is only one book in the entire jail we are asking for help as addicts our people are being denied sending us self help books directly from the retailor. Amazon , barns and nobile, and wall mart. My mother was told over the phone by co rizzy that it cost the jail to much time and money having co's open packages that come in the mail paid for from our people opened and handed out to us. We are reachin out for help with all types of addiction and are being denied . This jail offers nothing Please can we adress this we are all addicts reaching out. It is part of most judges sentencing so why are we being denied.

=============================================================================



To: herron81872 greg herron  8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

6/13/2022 10:57:25 AM


Grievance Request

On 2022-06-13 10:57:25, an admin user replied:

To my knowledge you have never requested any kind of religious services prior to this request. If you or another inmate truly wants religious services this may be accomodated. We have had other inmates (prior to you) that have participated in relgious activites.


Original Message, sent 2022-06-10 08:16:11:

Religouse services or lack of any or should i say none. I have the legal right to have somebody teach, guide and go threw religous services with me and all the other in mates. I have put in extensive effort and leg work to get bibles in the jail wrote and talked to pastors that got the back groung check done and have volenteered to give christian services to us  Months ago and nothing.  The ecxuse or reason last time was were it would be done we have a very large indoor rec room that would work fr services just fine we have the bibles so why is it being  Held up? Thank you i hope this goes to the propper person to address this kite cuz the others i have written have not been.

================================================================================

To: herron81872 greg herron  8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

6/13/2022 10:46:02 AM


Grievance Request

On 2022-06-13 10:46:02, an admin user replied:

Herron,

The phone prices are set by the company. We do not set the prices. The costs are not up for debate.

* Two weeks after I was there
we started trying to get the pastor
from St Regis in / they knew that
The response we were not askins
was and is B.S. / My mom was recruiting
pastors cuz the jail was not we
have proof

the next step to the grievance process on this which is not available at this jail at this time
Thank you    No religouse services or one on ones of faith of any kind for every and all inmates
================================================================================

To: herron81872 greg herron  8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

6/13/2022 10:58:50 AM


Grievance Request

On 2022-06-13 10:58:50, an admin user replied:

We are regularly evaluated by the US Marshalls office and are compliance with thier
contractoral requirements.


Original Message, sent 2022-06-09 18:26:24:

We need mental health people to talk to a mental health propram  We are on eperimental
meds with out the proper follow up and it is detramental to our health and mental well being
We need a liscenced profesnal couselor to talk to like every oth jail n montana especially one
with a federal contract   It is a must when housi g x amount of inmates and ferderal inmates
================================================================================



To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/13/2022 11:13:40 AM

Grievance Request

Responding to the no package rules including, perscription glasses, self help books, theropudic
mental health books.  Requesting next step in greivance process on this matter. Thank you
================================================================================

To: General Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/13/2022 11:11:27 AM

*The procedure and next
steps were never there / No
one of higher authority ever
(hardly ever) responded

General Requests

I am requesting the next step paper work and procedures to my greivances i have filed them
and will respond to themevery day do to only one being able to be sent out a day i am
requesting and documenting all the denied and partically read grivances.  Seens how you are
responding to them all in one day i can not and will not be able to respond to all in the three
day window. So i will respond daily thank you

================================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/13/2022 11:05:48 AM

Grievance Request

This is in response to the religouse servises, they must be offered and have asked many times,
reached out to the churches and pasture here localy.  Had to get the bibles available to the
inmates - there was only three in the whole jail. That is why we had to reach out to bubbling
brook and out sorce our own bibbles, then bibbles here all the sudden apeard and were
availabl. Had a pasture come in from the church and get back ground check done and talked to
some one higher up. I do have his name and all ths had to be done out sourced. I want to start

the male Officer was able to verify the situation we will make a medical appointment for you as soon as we are able. This is not an emergency medical situation and will not be addressed via the ER.

As for the gloves, once again, there were xl gloves available at all times. You have not perviously claimed any latex allergy to any staff member nor the clinic/doctors office.

Cleaning supplies have been and remain available to all inmates at any time (except lockdown hours) upon request. The cleaning supplies include an all purpose cleaning agent.

*from no gloves in laundry*

Original Message, sent 2022-06-14 14:08:27:

I am concerened about this stuff by my junk, if this is what an inmate ,-morgan , says it is i am very concerne as in a std which i have never had and have 100s of medical documents and test from the last two years of labs do to my cancer. As an inmate worker who did not have gloves an have witnesses to prove so all the other inmate worker did not the ones provided two days after the fact we had allergic reactions to so we had none. And multiple know cases of herpes in here and no germ killer i want to see a doctor asap please it is now 2 and still no male co to show this problem wich is a posible life time and not a joke or laughing matter it is important. Please and thank you

==================================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/13/2022 9:57:47 PM

Medical Request

I have a rash-raw red patch above my junk, penis in the pubic hair. I need it checked out by a doctor. This better not be an std do to a dirty environment or me having to do dirty laundry with out gloves and the laundry not getting done with enough soap do to lack there of there are std's in this jail as well as hep.  I have never had this or any thing like this before this is seriouse. This is new and my other bloodwork, labs and std test in the pass will say so as well. I am quite concerned.

==================================================================================



To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/21/2022 10:46:55 AM


Grievance Request

Per cashmans response an inmate can not follow rules and orders of a hand book if the information is wrong, old and outdated. Iwas told the hanbook is old and needed to be updated. And yes i am a smart man and no better to open a facility, buisness or jail whith outdated, old info and or in this case handbook .  The propper info gives us the propper way and to who to follow rules and orders on greivances

================================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/18/2022 7:59:59 PM


Medical Request

Went te doctor friday for std's tests and was perscribed a topical cream and now it day two with none after having to wate for a dr. Visit now it has been 5 days and still nothing this is not a laughing matter the dr.perscribed it. To try and heal the problem. Again this is a dr. Matter and request please be read and responded to by a liscened phasition  Thank you

================================================================================

To: herron81872 greg herron  8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

6/14/2022 5:04:50 PM


Medical Request

On 2022-06-14 17:04:50, an admin user replied:

The opinion of another inmate on your situation is not considered a reliable source. We had a male officer check/verify the issue once he was available. Officers schedules vary based on departmental need. We do not need to nor will we advise inmates of Officers schedules. Since

Current Balance: Trust $107.51 Lien $0.00

6/26/2022 9:59:43 AM


Grievance Request

The mail, whynis it that our mail goes up stairs to the court house and sits till there is enough in your guys eye to send out mail should be sent out every day especialy when the post office is less than 50 yards from here. My people, and daughter get mail here in four days and it takes sometimes up to 12 to 14 days for our people even lawyers in missoula to get our mail. Then all the sudden they get 3 letters the same day that is wrong and ilegall to mess with our mail hold it till you see fit.  Our lawyers are not getting mail on time here in montana .  That is wrong  This has been asked and complained about by every inmate not just me.

===============================================================================


To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

6/21/2022 10:55:00 AM


Grievance Request

The hand book for this jail says that we are to have a tub for our mail, personal property, and weekly clothing amount given.  We order comisarry ever week and it has to go on the floor do to no bin to put personal food and property in.  There is not enough shelf space .  That is unsanitary. The sargents name that we are supposed to direct out 3rd stage greivance is wrong, per the handbook, visits are not on given as per handbook, the shhets and pillow cases are to be exchanged fresh weekly per our handbook. The handbook is so full of outdated info.  Basicly lies of to our rules and things we are supposed to be issued

===============================================================================



And it has been brought to my attention that this was and has been a problem in the past,  I no cashmen would not let this fly and i am blown away that this is going on with co rizi, cromery and who ever else especialy when i was told by two co's if this happens again to let them no

=============================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/4/2022 5:21:32 PM


Grievance Request

We do not need to listen to a 911 dispatcher- civilian at that- fucking chating it up and talking shit over the pa all dam day.  That is highle wrong, and i know dam well aginst the rules

=============================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

7/12/2022 7:49:33 PM


Medical Request

Ya my foot is so swollen and hurts like a mo fo  Not sure what it is

=============================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

7/12/2022 2:45:51 PM


Medical Request

Could i get some ib prophen please my toe is messed up

=============================================================================


To: Greviance Request Group From: herron81872 greg herron  8/18/1972

To: General Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/9/2022 4:36:51 PM

Re: Doctor

On 2022-08-09 16:36:51, inmate herron81872 (greg herron) Replied:

That is the procedure i was told to take do to the lack of getting apointments made on time per the docors orders  I gave you guys that option in the beginning after failed attempts to get apointments done on time and the denial of doctors orders that were denied  I have over 15 un answered Kites for drs appointments. This is per drs. Orders that i was supposed to go back after a few weeks to see how these news meds were working. You failed to do that last time and kept me on meds that 7 and a half eeks later and numerous suicdal thoughts and dreams . And it has been almostvthe sme again that you have failed. That is why my dr had you give me thatmdical release fom for my mother so she could third party. That is per my dr. This is not a road you want to go down i am tired of the unprofesional bullshit of this place. I said last week daily these meds were fucking me up... And co rattlif was there when i was told by my dr to make apointments this way. My meds are wrong, co scott is not a dr, or profesional ofanything in that matter and has no right even answering kites .  I needt see the dr. Per her order  She called my mom to see how i was doing so do not tell me who i or my mom can talk to.  If you all did yur job there would not be these problems

Original Message, sent 2022-08-09 16:04:58:

Mr. Herron,

If you would like a doctors appointment, please send in a medical kite and we will go though the process to get you an appointment. Having your mother cali the clinic for the clinic to call us and make you an appointment, is not acceptable and we will not make any appointments requested in that manner.

================================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/4/2022 5:25:54 PM

Grievance Request



To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/9/2022 5:07:52 PM


Re: Medical Request

On 2022-08-09 17:07:52, inmate herron81872 (greg herron) Replied:

Do your and yes have told every co scott, ratliff, lawyre, and crommie   There is no need to use the kites like i said i have 15 unanswered kites from before,  So why the fuck would it alll the sudden work now. I need a drs appointmnt     She is the one who wnted to see me back   That was her request whatpart of that do you ot undertand and your co was right   And said yes this wont happen again and  I made sure it was noted  Wow cuz i new thi hit would hapen, wht is co rattliffgoing to lie to my drs face


Original Message, sent 2022-08-09 16:53:19:

On 2022-08-09 16:53:19, an admin user replied:

Your last medical kite was on 7/13 in reference to your foot. This was responed to and taken care of. You did not at that time want to go to the doctor. You declined medical help for this issue when it was offered to you. If you are having any side effects from these medications or thoughts that need to be addressed, you have not brought these to our attention through a medical kite. The propper procedure for an appointment IS to file a medical kite, in which we will then take the appropriate action needed. At no time were you told that your mom can get appointments made for you, this is not the procedure you were told to follow. You were taken to the doctor about your invasive thoughts and have recieved medical care for that. Since then, you have not informed us through a kite of any further issues. A medical release for your mother to have access your medical information, DOES NOT grant her the authority to override our procedures. If/when you would like an appointment, you can follow the same procedure as every other inmate.


Original Message, sent 2022-08-09 16:39:51:

My meds are wrong for the fifth day in a row i need to see the dr.  She called my mom which is none of your concern thank you     I need a dr. App.

==============================================================================

Furthermore, please consider this a warning. "Inmates are to use appropriate language when submitting kites. Profanity and threats will not be tolerated".

In your kites you state "So why the fuck would it alll the sudden work now", "this is not a road you want to go down i am tired of the unprofessional bullshit of this place", co scott is not a dr, or profesional ofanythingin that matter and has not right even answering kites"

You have clearly used profane language and have shown disrespect towards staff.

Please refrain from any continuation of this and keep your kites appropriate.

Original Message, sent 2022-08-09 17:01:21:

When i am supposed to be back to see a dr in a time frame of 2 to 4 weeks and it has been over seven weeks that is not on me. That is the lack of medical servise of this jail and going directly against drs. Orders,  So there for my dr is wondering why and you had my mom sign a form for this lack of comunication. So 1 you dropped the ball  2  Do not tell me or my mother we can not talk to our medical professional after you had me fill out a dr. Release of info for my dr. Megan. 3 there is not a medical proffesional in this jail, or qualified per the rules, hand book .  4  I am weeks past do of my return date to see how meds are working.  Again megan my dr. Ask co ratliff if he understood the need for a return appointmant.  He said yes and i also had it noted becaue huh i new his would happen. So  Is it understood that again you all do as you feel and go against drs. Order all the time  This is my mental health yo guys  Fuck with and that is so wrong.

================================================================================



* To who I am concern I am not
Case 3:22-cv-00189-DLC Document 2-1 Filed 12/07/22 Page 80 of 126
going to outline all the lies and false
statements you will all see thank you so much



"Inmates are to use appropriate language when submitting kites. Profanity and threats will not be tolerated."

"If an inmate is prescribed a medication or treatment, it is the inmates responsibility to take the medication or complete the treatments."

2) No one is saying your mother can not talk to the doctors office about your medical condition. That is completely up to the clinic. However, your mother can not request/schedule a doctors appointment for you. You are in the custody of Mineral County and therefore we are the only ones that will set up your appointments. Your medical release was between you and the doctors office. We do not give out any private information over the phone to anyone. We also are not a repository for your medical records. The clinic retains your medical records.

3) You are correct that we do not have a medical professional IN the facility. No where in the handbook does it say that medical kites will be responded to by a qualified medical professional. The only reference to a health care professional is that "inmates will cooperate with health care professionals and refrain from foul or abusive language". As that we transport all inmates to medical appointments we have an interest in making sure inmates conduct themselves appropriately while at those appointments. *it says it right in hand book qualitified medical Profesional

4) We will verify with the clinic when your last appointment was and what the purpose of that appointment was. If you were taken to the doctor and did not discuss side effects at that time that is on you. When you are at the doctors office you are free to discuss any medical concerns you would like and that the doctor cares to entertain.

5) as for your "meds being wrong". You have refused your lunch med and pm med the last 3, going on 4 days. (8/6 lunch and pm, 8/7 lunch and pm), 8/8 pm) This is your choice. We will not physically force you to take your meds. As the handbook states "If an inmate is prescribed a medication or treatment, it is the inmates responsibility to take the medication or complete the treatments".

6) I am not aware of the doctor ever stating that you should have your mother call them to make doctors appointments for you. If this is accurate we will gladly correct the doctor and advise her that she also does not have that authority. She does not work for Mineral Co. Sheriff Office and has no sway in our policy or procedure. *The hospital had us fill out a form

As for your concern of Ofc. Scott answering kites... All Officers are authorized to answer kites as needed. More so, Ofc. Scott will be answering many kites, especially medical kites, as she has been assigned to take the lead on scheduling medical appointments as needed. Once again, we do not have medical personal on staff nor are we required to. Ofc. Scott is not disagnosing or treating anything, she is simply evaulating your request and taking appropriate action. I will not take direction from inmates on what duties Officers can/can not do.

United States Postal Service

Office of the Consumer Advocate

475 L' Enfant Plaza, SW

Washington, D.C. 20260-0004

Original Message, sent 2022-08-09 19:07:29:

Mail, how come this is the only jail that does not do mail daily????? That is a way and some peoples form of comunicating with there loved ones and the fact that you all choose when and what days you choose to hand it out is so wrong. No really fucked the pathetic games payed here, the power and control bullshit, the tit for tack crap,  That should be done daily like every other jail.  Again mineral county jail is not eclusive.  We just want our mail daily thats all for christ sakes it is right across the street.  You all are nt that busy .

==============================================================================

To: herron81872 greg herron  8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

8/9/2022 7:18:37 PM

Grievance Request

On 2022-08-09 19:18:37, an admin user replied:

Herron,

1) We have not recently recieved any medical kite requests from you or calls from your doctor for a follow-up before today when your mother requested one. You also have not sent any medical kites in reference to having any adverse side effects to your meds. Now that you have requested a medical appointment, though disrespectfully, we will schedule you one.

If you continue to have questions on the proper procedure for requesting a medical appointment please refer to the Inmate Handbook. Under the medical section it specifically states -

"Inmates have the opportuinty to request medical assistance through the kite system."

"Inmates MUST fill out a medical kite stating their health concern"

"Medical requests not made on medical kites may not be answered"



Original Message, sent 2022-08-10 07:19:56:

On 2022-08-10 07:19:56, an admin user replied:

So, are you requesting to see a doctor in this medical kite? Medical kites are for MEDICAL only. The disrespect in not needed. Do you want to see a doctor, and what for? This would be an appropriate use of the medical kites, as you've been told before.

Original Message, sent 2022-08-09 21:26:27:

Well i would strongly suggest that you have your fax staight and info correct before you start saying stuff. My mother called the clinic in reguards to my neip account that needs a letter and packet filled out to draw my retirement out. She was going over the info that was needed for that paperwork.. In doing so the dr. Asked- cuz i had not ben in - what the status of me was and hat was how the info was gatthered. Again please i ask please no what you are taling about before you ay things about my mother. She is 78 and deserves and i demand that respect for her. You are in the wrong as so many other times. This will be taken up to your higher ups. Thnk u greg

================================================================================

To: herron81872 greg herron 8/18/1972 From: srizzi

Current Balance: Trust $107.51 Lien $0.00

8/10/2022 10:22:30 AM


Grievance Request

On 2022-08-10 10:22:30, an admin user replied:

We do collect and pass out mail daily. In fact we sometimes do so multiple times a day. When the USPS delivers mail to our mail box is beyond our control. As I advised over the PA yesterday, we checked the mail and there was nothing in it for any inmates, including yourself. We clearly can not deliver mail that has yet to be delivered to the department. If you would like to take the issue up with the USPS here is there contact information.

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/12/2022 7:56:04 PM

Grievance Request

Undersherif cashman

i am wondering what the excuse is now on the mail. My mother sent money and a card just as she always does last week, the aug 4th from michigan just like she has for the last 5 months i have been at this jail. She gets a receipt for it always and it was received at the post office across the street on wed. The 10th, this b.s. Of not giving my mail is wrong against the law and messing with a tax paying citizen of 60 years money and mail. Just because rizzy and tiffani got there --s handed to them for there bs with the inmates does not mean they can mess with my mail. It is now the 12th of aug and the mail key is mysteriously missing and my mail and money is no were to be found that is b.s. Also the fact that rizzy lied about my mom calling here to make me a drs. Apointment is also wrong and defemation of character,  She did not know what the hell she was talking about and she even ran her mouth in a mail to me that proves it.  Again i do not who or what the staff at this jail are or why they think thy can constantly brake the law rules and pull this crap. Your staff is under trained, and so out of line as in rizzy, scott and tifani it is a joke and all this is going way further than this i have done over 15 years and never seen a bigger joke than this  We have right you better know that and they will be inforced  You all are not untouchable the supreme court is gong to love this stuff  The good old boy days are over. It would be cool if you would come talk to us once and a while just like every other higher up does to see what can be improved.   You no the sad thing is you all could learn alot from some of us.  A closed mind to me is only ingnorance .  My mother will be in contact with you for your staff  Rizzy lieing about drs statement.  Rizzy has no right to disrespect my mother of the state of montane for 77 years. No one does she deserves respect

=================================================================================

To: Medical Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/10/2022 8:30:01 AM

Re: Medical Request

On 2022-08-10 08:30:01, inmate herron81872 (greg herron) Replied:

Yes i need to see the doctor per drs request



To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/12/2022 8:18:43 PM


Grievance Request

Undersherif cashman,

i want it clear for the record that when i said this will be hadled i mean as in excercizing my rights as a human, in the cival court that i have cival rights and so does my mother.  This stuff should never even come up no other jails, missoula, bozeman, butte, kootani county-idaho- has these types of problems or conversations and i have never filed a greivance till this place those things should say some thing. Nothing i said was a threat just my rights that are being filed with the united states district court   Under 42 u.s.c 1983 filling  I want that clear so my words do not get twisted around.  All is i want is the money my mom sent and card so i can get phone time to talk to my daughter, so seens how i still have not got my money my mom had to put money on over the kiosk with a credit card which charges an extra 8.99 so 40.00 now cost her  48.99, so wrong, we plan ahead to avoid these extra charges. And also my mom has had a po box here since 1964 and has two keys and at one point in time three for our box for us kids you think a jail should have more than one.
================================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/19/2022 8:33:49 PM

Grievance Request

Under sherif cashman,

the living conditions in your jail are inhumane, do to the heat in the block and cells.  It is over 80 degrees in those cell, especialy the 4 man cell.  This is inhumane, against our cival rights and against so many laws. As you already no, the air- free air- circulating air does not work.  The smoke screen bs that was do e last week about the thermastat in the hall broke nd moving it into c block was a joke and you know it.  This stuff has not worked as well as the heat this winte, since you all opened the jail and that as well you know.  We have suggested 4 different ways to help  1  The odviose and cheep is buy more fans  2 have doors pop at 6 am and lock down at 11pm to give people more time out of thosr rediculouse heat conditions  3 open the outdoor rec door at night to draft more air in to the building  4  Leave our cell doors open t nighg to kep ir flow in cells. These doors in c block have no bean slots and it gets zero air flow in the cells.  5 the odviose fix the problem that has been broke for months.   The train wreck and courds and piss por solution are rediculouse.   You or your kids or familys woud never handle or put up with this.  We are humans, have cival rights, are not trash as treated by you all do to our being locked up so lets be part of the solution like you said you would when you took your oath. To provide a safe, healthy posative environment for these inmates to help them on there start to change and reinagrating back into society. As posative, productive members as all judges ask of us at sentencing.  The countless very professional kites, greivances constantly ignored or not responded to by you and staff show that the last three sentences are not your mision  Thank you

==================================================================================



To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/26/2022 4:20:28 PM


Grievance Request

My meds,

i am tired of you all not being able to follow directions from drs. They started a new process of sendind detailed directions of med times, med amount and dates of apointments.  This was implimented do to nobody being able to follow directions and orders per a medical profesional. I said the dosages were not right and not amount at times given on directions and was told i dont need to b told how to read directions.  The same thing was said to co cromery when he was giving the meds as diceted on the paperwork.  He was following the right directions and co scott was not i am done debating with you all on peoples ignorance.  My blood presures during those times were threw the roof over highest at  181-143, 173-144 and in between.  The papers also say please notifie clinic if it runs over 130-80.  That is rediculouse and illegal to give meds at amount you feel and times, further more repromanding the co that was doing it correct is wrong, also the fact that i had to tell them to log my blood pressure is wrong clearly read the directions.  This is all noted as well as the log sheets used daily by the jail.  This is my health, my heart, the lack of care for humans at this place is sick..    Send to sheriff and undersheriff cashman   You all have neglected my healh in multiple ways
================================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

9/6/2022 5:46:50 PM

Grievance Request

Fans for each cell,  There is ac in the hall ways, a block, b block, and d block.  How ever in population were there is 16 inmates, 16 people showering, cleaning cells and pod and we have 3 piddle ass fans.  We have asked for fans, it is now reaching recourd breaking temps. All over the state and serounding areas and still nothing. It is sept and we are still dealing with inhumane heat temps, humidity levels and nothing has been done.  They spend how many thousands of dollars on cameras and tv screens and other stuff.  But will not spend a hundred dollers on fans an on going problem all dam summer. This is wrong inhumane we are not animals. This is against cival and humane rights.

==============================================================================

To: Greviance Request Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $107.51 Lien $0.00

8/28/2022 11:03:35 AM

Grievance Request

Under shrif cashman,

i have asked to go back to the hole to finish my time, i was told when i was put in there that i could stay there, which was a lie.  I am going threw lots of changes do to the  Lack of follow ups on drs apointments and extended times on trial meds, you have no mental health here, no one to talk to, no medical profesionals in house and undertrained staff. I am asking nicely to put me back in the whole till my time here is done.  There is no reason i should have not been at msp months ago. Juge marxs does court threw zoom all the time an inmate does not need to be here to get sentenced.  Please grant me tis to stay out of a train wreck and finish my time. Morgan and i have ben at this jail for seven months with no help at all, no church, no counceling, no mental health, denied going out to recreation on our own to get away and gain our mental peace, no aa, no na, no groups at all, no law library no way at all to escape and clear a mans mind,  Being denied going yo outdoor or indoor recreation by our self is wrong   Please let me move back over there thank you

==============================================================================

**Mineral Community Hospital Clinic**
1208 6th Ave E
Superior, MT 59872-9618
(406)822-4803

| | | |
|---|---|---|
| Patient Name: | **HERRON, GREGORY WAYNE** | Admit Date:  8/16/2022 |
| MRN: | 1141074 | Discharge Date: |
| Encounter: | 60001469 | Attending:  Pugh,Megan PA-C |
| DOB/Age: | 8/18/1972          49 years | |
| Sex/Birth Sex: | Male | Copy to:    Pugh,Megan PA-C |
| Location: | MNRL Clinic | |

---

## Discharge Documentation

| | |
|---|---|
| Document Type: | Discharge Instructions |
| Service Date/Time: | 8/16/2022 15:11 MDT |
| Result Status: | Auth (Verified) |
| Document Subject: | Ambulatory Visit Instructions |

# HERRON, GREGORY WAYNE

**DOB:**  08/18/1972
**Age:**  49 years
**Sex:**  Male
**MRN:**  1141074
**Registration Date:**   08/16/2022
**Primary Care Physician:**
   Pugh, Megan PA-C

# Ambulatory Visit Instructions

## Provider Care Team
**Attending Physician -**
 Pugh, Megan PA-C
**Primary Care Physician -**
 Pugh, Megan PA-C

## Your Diagnosis
Generalized anxiety disorder
Difficulty sleeping
Major depressive disorder

## Discharge Vitals
**Heart Rate** (Peripheral)

---

**Mineral Community Hospital Clinic**

Patient Name:  **HERRON, GREGORY WAYNE**          MRN: 1141074          FIN: 60001469

| Discharge Documentation |
|---|

106
**Respiratory Rate**
20

**Blood Pressure**
153/103

**Weight**
129 kg

*start her shift*

8-17  136-111
8-18  148-111
8-19  155-112
8-20  151-110
8-21  181-143

8-22  164-141
8-23  173-144
8-24  179-138

*These are the wrong amount days and times of my Blood presure*

## Procedure History

*CO scott would not follow the directions when I tried to tell her she threatened me with lock down. Both CO May & Crommies knew she was wrong told her and she chewed there as saying she new how to read directions. This was showed to hospital at my visit that CO Crommies took me to*

- Colonoscopy
- Insertion of skull plate
- Knee joint operation
- Partial resection of colon

## Allergies

No Known Medication Allergies

## Problems

**Ongoing -** Any problem that you are currently receiving treatment for.

Difficulty sleeping
Generalized anxiety disorder
Headache
History of traumatic brain injury
Lung nodule
Lymphadenopathy
Major depressive disorder
Malignant lymphoma, small lymphocytic
Obesity
Steatosis of liver

**Mineral Community Hospital Clinic**

Patient Name:  **HERRON, GREGORY WAYNE**          MRN:  1141074          FIN:  60001469

| Discharge Documentation |
| --- |

106
**Respiratory Rate**
20

**Blood Pressure**
153/103

**Weight** *start her shift*
129 kg

*Handwritten annotations:*

8-17 | 36 - 111
8-18 | 48 - 121
8-19 | 35 - 112
8-20 | 31 - 110
8-21 | 81 - 143

8-22 | 64 - 141
8-23 | 73 - 144
8-24 | 79 - 138

*These are the wrong amount days and times of my Blood presure*

## Procedure History

- Colonoscopy
- Insertion of skull plate
- Knee joint operation
- Partial resection of colon

*Handwritten: CO scott would not follow the directions when I tried to tell her she threatened me with lock down, Both CO May & Crommies knew she was wrong told her and she chewed there as saying she new how to read directions. This was Showed to hospital at my visit that CO Crommies took me to*

## Allergies

No Known Medication Allergies

## Problems

**Ongoing -** Any problem that you are currently receiving treatment for.

Difficulty sleeping
Generalized anxiety disorder
Headache
History of traumatic brain injury
Lung nodule
Lymphadenopathy
Major depressive disorder
Malignant lymphoma, small lymphocytic
Obesity
Steatosis of liver

---

**Mineral Community Hospital Clinic**

Patient Name:   **HERRON, GREGORY WAYNE**          MRN:  1141074          FIN:  60001469

## Discharge Documentation

# Medications

| | What | How Much | When | Why | Instructions |
|---|---|---|---|---|---|
| *New* | buPROPion (Wellbutrin SR 150 mg/ 12 hours oral tablet, extended release) | 1 tab Oral (given by mouth) | 2 times a day | Major depressive disorder Generalized anxiety disorder | Refills: 2 Start with one tablet QD in AM x 3 days, then start BID if tolerating.  Pickup at Mineral Pharmacy Inc. |
| *New* | mirtazapine (Remeron 15 mg oral tablet) | 1 tab Oral (given by mouth) | Every night at bedtime | Major depressive disorder Difficulty sleeping Generalized anxiety disorder | Refills: 1 Start date of 8/ 23/ 22 if tolerating wellbutrin ok.  Pickup at Mineral Pharmacy Inc. |

*Handwritten annotation in left margin: "one she was doing her doses and times not following Direction"*

**Pharmacy Information**

Mineral Pharmacy Inc.: 207 River St Superior, MT 598729673 (406) 822 - 4681

| | What | How Much | When | Comments |
|---|---|---|---|---|
| *Stop Taking* | amitriptyline (amitriptyline 100 mg oral tablet) | 1 tab Oral (given by mouth) | Every night at bedtime | |
| *Stop Taking* | hydrOXYzine (hydrOXYzine hydrochloride 25 mg oral tablet) | 2 tab Oral (given by mouth) | 3 times a day as needed for as needed for anxiety | |

**Mineral Community Hospital Clinic**

Patient Name:   **HERRON, GREGORY WAYNE**           MRN:  1141074           FIN:  60001469

| Discharge Documentation |
| --- |

# What to do next

## Instructions From Your Care Team
**Mood Concerns:**
- Start Wellbutrin 150mg once per day x 3 days. If tolerating ok, with no side effects can begin taking twice daily.
- Start Remeron 15mg at bedtime on 8/23/22 (next Tuesday) if you are tolerating Wellbutrin okay.
- Please try to find correction officers who you feel you can trust to convey your concerns in the future.

**Elevated BP:**
- Please check blood pressure at least 3 times per week and notify clinic if it is running > 130/80 on average.
- Your elevated BP today may be related to increase stress and anxiety.


- I would like to see you in 1.5 weeks (next Friday, 8/26) to discuss how your mood is doing and possible medication adjustments.

## Follow Up Appointments
**Follow Up with** Pugh,
Megan PA-C
**When** In 10 days 08/26/2022
MDT

**Why:**  f/u medication changes
**Where:**  PO Box 66
Superior 59872-
(406)822-4841

*Electronically Signed on: 08/16/2022 03:23 PM MDT*
*Signed by:MP*

# Inmate Grievance Form

**Name:** Gregory W. Herron

**Date:** Oct 17th 2022

**Time:** 8:30 Pm

Att: Under sheriff Cashman

Att: Sheriff Toth          **Statement**

I, _Gregory W. Herron_, Hereby file a Grievance for the following

reason(s): *[Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]*

Religous Choise / Kosher Diet

In reguards to the slap in the face on our religous Choise and total disrespect of a Kosher Diet, do to the religion we have chose to follow. How can you be in a position of Law and not know the laws. The laws and our cival rights have been stepped on, disreguarded, broken, twisted, ignored and thrown in our faces. As if we are caged animals being cared for by people of vigulance with no cueth of our well being. (We are Citizens of the United states). The straight denial of religous services of any type have been ignored for over 7 months of my time locked up in Mineral County Jail. It is not my job or any family members of incarcerated inmates of this facility to find pastors, recract pastors to come in, find members of any church to come in and volonteer services. Even though my mother did find 2 pastors & every excuse and denial were the only out come. That neglect and denial is on You and your jail along with multiple excuses from CO Rizzy. So many services have been asked for in every way possible (all documented on paper). Yet only to get closed doors, excuses, lied to and denied. I as well as many inmates have been denied this far way to long. Now our religious chaise is being thrown in our face in co →

many ways. Under Sheriff Cashman your word is a joke, you are full of lies and deceat. You continue to let your CO's, with your guidance violate our Cival rights, religous beleifs, disregaarding so many laws, rules as well as regulation it is crazy. You also do not even take the time to answer Greivances that are taken threw every step ending with no response from you. This form is illegal & not the proper Carbon copy Greivance form used for exhausted rights. All of my Greivances have went threw every step again ending in neglect by you. I writing my final Greivance for I know this will be ignored and pushed under the carpet. This denial only show admittance of guilt on the jails part and one more neglect on your job as an under sheri'f. These will all be filled to the proper people who will take then next steps to protect our cival rights and see they aren't.
                    Thank You   Greg Herron


Our Kosher diet is not being prepped, followed, delivered, or proper foods served in any way. Acceptable foods, proper way of making, prepping, and serving have been kindly given in a kite but still totally disregaarded. Both Gregory W. Herron and Joseph Morgan



Mineral County Sheriff's Office
P.O. Box 99/310 River St.
Superior, MT 59872
Phone: (406) 822-3555   Fax (406) 822-3562

# Memorandum

### To:  Inmate Gregory W Herron

### From: Undersheriff Wayne Cashman 54-02

### Subject: Grievance religious diet

### Date: 10/17/22

Good Morning Mr. Herron,

In regards to your grievance concerning religious choice/Kosher diet. You and your fellow inmate Joe Morgan have chosen to convert to Judaism and have requested a kosher diet. It was approved and you both have been provided kosher diet meals since your request, which since the first day have traded away the kosher foods to other inmates, so please let's be honest each here. As for your other grievances concerning religious services, don't you find it strange that another inmate receives holy communion on a regular basis since he has been here?

We do not dissuade religious services of any accepted faith, you and I have had this discussion before, it is not my job to recruit pastors or religious leaders to come to the jail, we have a Chaplin that will come at almost any time, I believe he has spoken with you before at your request, so once again let's be honest with each other here. If you request a specific religious leader, just as you requested a kosher diet, it will be approved, the leader will have to pass a background check to be admitted for access, it is as simple as that, but you know this already so lets again be honest with each other here. You are more than welcome to file whatever you see fit to file with whomever you want to file it with, it will not change the simple facts is all *you* have to do is request a specific religious leader visit and it this will occur will, just as we have discussed in the past.

* Facts one guy talked to me 5 months ago and said he would come back and make arraingments with jail to do services — Nothing

* Why is another inmate Joseph Morgan getting singled out by name in my greivance

* They are not serving as our kosher diets in acordance to kosher guidelines

* Speifically still serving our food on the same trays same ways as for the last 7 months

* What does holy communion (who we do not know) have to do with us

* I only gave away Jello one time cuz I will not eat horse hooves — feet

* There is nothing against my kosher guidlines that says I can not give food away to another starving inmate do to lack of food

* They still have not provided us will a torah

* They have never seen anyone for religious services

* Thank You just more facts for you
                                    Greg Herron

10/25 4:41pm

On 2022-10-25 16:41:47, an admin user replied:Herron,Your objection to the answer to your previous grievance has been noted. Per Undersheriff Cashman, your request for removal from the kosher diet will be reviewed in no later than 30 days. As per your request via intercom, here is the mailing address and phone number for the ACLUACLU of MontanaP.O. Box 1986Missoula, MT 59806406-443-8590Per your request for copies...Our copier/printer is currently out of order. As soon as it is operational we will provide you with the copies requested.RizziOriginal Message, sent 2022-10-25 14:46:59:The fact that it is not being served kosher, prepped kosher and not even propper foods this is not up to him you have violated my right by disrespeting this religous choice. It is my cival rights not up to cashman thank you  Do as you wish this is all in violation of my rights thank you

10/25 2:41pm

On 2022-10-25 14:41:49, an admin user replied:Your grievance has been brought to Undersheriff Cashman's attention. Per Undersheriff Cashman's order due to you requesting a religious accomodation you will continue to be given a Kosher diet until further notice.Original Message, sent 2022-10-24 16:55:32:Do to the fact the kosher diet is not being followed in the manner or way it is supposed to be.  The foods, the preperation and there serving of the meals is not in any way kosher. I am going off this diet do to the fact it has been made a mockery.   I am also requesting a print out of this greivance for my files please per my cival rights thank you.  Also no  Religous book for my beliefs was provided as asked   Thank you

10/24 4:53pm

Do to the fact the kosher diet is not being followed in the manner or way it is supposed to be.  The foods, the preperation and there serving of the meals is not in any way kosher. I am going off this diet do to the fact it has been made a mockery.   I am also requesting a print out of this greivance for my files please per my cival rights thank you.  Also no  Religous book for my beliefs was provided as asked   Thank you

10/25 12:43 pm

Do to the facts that the kosher diet is not being followed with the proper foods, preped right and served the propper way -kosher way-. I am refusing this diet and want to be put back on regular meals. I feel this whole kosher diet has been a slap in the face the entire time with no effort of following it.

**Subject:** Grievance Request
**To:** Greviance Request Group
**From:** herron81872 greg herron  8/18/1972
**Date:** 10/24/2022 4:55:32 PM
**Message:**
Do to the fact the kosher diet is not being followed in the manner or way it is supposed to be.  The foods, the preperation and there serving of the meals is not in any way kosher. I am going off this diet do to the fact it has been made a mockery.   I am also requesting a print out of this greivance for my files please per my cival rights thank you. Also no  Religous book for my beliefs was provided as asked   Thank you

**Subject:** General Requests
**To:** General Requests Group
**From:** herron81872 greg herron  8/18/1972
**Date:** 10/25/2022 12:43:21 PM
**Message:**
Do to the facts that the kosher diet is not being followed with the proper foods, preped right and s erved the propper way -kosher way-. I am refusing this diet and want to be put back on regular meals. I feel this whole kosher diet has been a slap in the face the entire time with no effort of following it.

**Subject:** Grievance Request

**To:** Greviance Request Group

**From:** herron81872 greg herron  8/18/1972

**Date:** 10/25/2022 2:46:59 PM

**Message:**

The fact that it is not being served kosher, prepped kosher and not even propper foods this is not up to him you have violated my right by disrespeting this religous choice. It is my cival rights not up to cashman thank you  Do as you wish this is all in violation of my rights thank you

also can we please get copies of the torah
To: General Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $4.66 Lien $0.00

10/11/2022 9:27:32 PM


General Requests

Per my last request i would also am requesting a torah  Thank you shalom

-------------------------------------------------------------------------------------------------------------------------

To: General Requests Group From: herron81872 greg herron  8/18/1972

Current Balance: Trust $4.66 Lien $0.00

10/11/2022 9:20:58 PM


General Requests

Att. To whome it may concern,

do to my religous beliefs im a believer-follower of judiaism and this is my formal request for a kosher diet immediately.  Thank  You

Case 9:22-cv-00189-DLC    Document 2-1    Filed 12/07/22    Page 103 of 126

**Key:** Breads is all white — changes, still served on same trays
Rice is all white — same way, not a kosher diet at
Pasta is all white — all a slap in the face on our religious choice.
Tortillas all white

|  | Breakfast | Lunch | Dinner |
|---|---|---|---|
| **Wed 12th oct.** | Waffle, syrup | salad-turkey-Ranch | Rice peas Beef |
|  | yogort | Potato chips | Mixed vegies |
|  | Bananna | W.M/C.L/grapes | W.m/c.l./grapes |
|  |  | Flat fruit | Jello |

B = No change    L= turkey sandwich    D= Vanilla Cookies

| **THUR 13th oct** | eggs, | salad-chicken-Ranch | Beef-mac noodles |
|---|---|---|---|
|  | potatos | peas | peas |
|  | white toast | Nacho chips | C.L/w.m/grapes |
|  | Bananna | flat fruit | Tortilla |

B = No change    L= ham sandwich/orios    D= Bread

| **Fri 14th oct** | eggs | floar P.B. | BBQ chkn, rice |
|---|---|---|---|
|  | Potato | salad, tomatos, italian | peas |
|  | white toast | Oat & honey bar | salad, italian |
|  | Banana | C.L./w.m | flat fruit / Tortilla |

B= No change    L= P.B.J Sandwich/oreo    D= oreos/Bread

| **Sat 15th oct** | oatmeal cereal | Salad, cucumbers, tomatos | potatos, zucchini, chicken |
|---|---|---|---|
|  | tortilla | humis, carrots |  |
|  | bananna | potato chips | tortilla |
|  | milk | Tortilla | apple slices |
|  |  | Flat fruit | flat fruite |

choc chip

B= Sugar smacks    L= Taco salad, beef doritos, cookies    D= Bread, apple sauce, oreos

| **Sun 16th oct** | eggs, onions | Chicken, salad, tomatos | noodles, hot dogs |
|---|---|---|---|
|  | potatos | nodressing, carrots Coleslaw | Salad no dressing |
|  | bananna | triscuits | mixed vegtable |
|  | tortilla | corn chips | flat fruit |
|  |  | apple sauce | tortilla |

B= Bread    L= turkey cheese sandwich, P.B cookies    D= Chees corn, fish noodles bread, cookies

| **Mon 17th oct** | Cheerios | Salad, Italian | chicken potato |
|---|---|---|---|
|  | plain Greek yogort | Carrot | peas |
|  | banonna | humis | Tortilla |
|  |  | Trisquit | Salad |
|  |  | flat fruit | apple sauce |

B= No change    L= Sandwich, vanilla cookies    D= Bread butter

\* These are the exact meals and
changes made

# Certain food combinations are strictly forbidden

Some of the main kosher dietary guidelines ban certain food pairings — particularly the pairing of meat and dairy.

There are three main kosher food categories:

- **Meat (fleishig):** mammals or fowl, as well as products derived from them, including bones and broth

- **Dairy (milchig):** milk, cheese, butter, and yogurt

- **Pareve:** any food that is not meat or dairy, including fish, eggs, and plant-based foods

According to kosher tradition, any food categorized as meat may never be served or eaten at the same meal as a dairy product.

Furthermore, all utensils and equipment used to process and clean meat and dairy must be kept separate — even down to the sinks in which they're washed.

After eating meat, you must wait a designated amount of time before consuming any dairy product. The particular length of time varies among different Jewish customs but is usually between 1 and 6 hours.

Pareve food items are considered neutral and may be eaten alongside either meat or dairy.

However, if a pareve food item is prepared or processed using any equipment used to process meat or dairy, it is then reclassified as meat or dairy.

**SUMMARY**

Kosher guidelines strictly prohibit the pairing of any meat and dairy product. This also means that all utensils and equipment used to prepare meat and dairy must always be kept separate.

# Only certain animal products are permitted

Many kosher rules address animal-based foods and the ways they are slaughtered and prepared.

Dairy is treated as a separate entity and should never be consumed or prepared alongside meat or meat products.

Fish and eggs are considered pareve and have their own sets of rules too.

## Meat (fleishig)

The term "meat" in the kosher context generally refers to edible flesh from certain types of mammals and fowl, as well as any products derived from them, like broth, gravy, and bones.

Jewish law states that for meat to be considered kosher, it must meet the following criteria:

- They must never be mixed with any meat-based derivatives, such as gelatin or rennet (an animal-derived enzyme), which is often the case with hard cheeses and other processed cheese products.
- They must be prepared using kosher utensils and equipment that has not previously been used to process any meat-based product.

# Fish and eggs (pareve)

Although they each have their own separate rules, fish and eggs are both classified as pareve, or neutral, which means they do not contain milk or meat.

Fish is considered kosher only if it comes from an animal that has fins and scales, such as tuna, salmon, halibut, or mackerel.

Water-dwelling creatures that don't have these physical features — such as shrimp, crab, oysters, lobster, and other types of shellfish — are not permitted.

Unlike kosher meat, fish don't require separate utensils for their preparation and may be eaten alongside meat or dairy products.

Eggs that come from kosher fowl or fish are permitted as long as they don't have any traces of blood in them. This means that each egg must be inspected individually.

Like fish, eggs may be eaten alongside meat or dairy.

SUMMARY

- It must come from ruminant animals with cloven — or split — hooves, such as cows, sheep, goats, lambs, oxen, and deer.

- The only permitted cuts of meat come from the forequarters of kosher ruminant animals.

- Certain domesticated fowl can be eaten, such as chicken, geese, quail, dove, and turkey.

- The animal must be slaughtered by a shochet — a person trained and certified to butcher animals according to Jewish laws.

- The meat must be soaked to remove any traces of blood before cooking.

- Any utensils used to slaughter or prepare the meat must be kosher and designated only for use with meat and meat products.

The following types of meat and meat products are not considered kosher:

- meat from pigs, rabbits, squirrels, camels, kangaroos, and horses

- predator or scavenger birds, such as eagles, owls, gulls, and hawks

- cuts of beef that come from the hindquarters of the animal, such as flank, short loin, sirloin, round, and shank

# Dairy (milchig)

Dairy products — such as milk, cheese, butter, and yogurt — are permitted, although they must adhere to specific rules in order to be considered kosher:

- They must come from a kosher animal.

Kosher guidelines limit the consumption of animal-based foods to specific animals and cuts of meat that are slaughtered and prepared in a particular manner.

# Guidelines for plant-based foods

Like fish and eggs, plant-based foods are considered pareve, or neutral, meaning they do not contain meat or dairy and may be eaten with either of those food groups.

These foods also have their own set of kosher guidelines — especially regarding how they're processed — although these guidelines are somewhat less restrictive than those for meat and dairy.

## Grains and bread

In their purest form, grains and grain-based foods are considered kosher. However, certain processing methods may ultimately deem them not kosher.

Processed grain products such as bread may not be kosher as a result of the equipment on which they're processed or the ingredients used.

It is common for some breads to contain oils or shortening. If an animal-based shortening is used, the bread may not be considered kosher.

Furthermore, if baking pans or other equipment are greased with animal-based fats or otherwise used to cook any meat- or dairy-containing dish, the end product is no longer kosher.

Because these types of processing methods are not typically disclosed on a standard nutrition or ingredient label, bread and other grain products must be certified kosher to ensure that the food complies with all relevant guidelines.

## Fruits and vegetables

Like grains, <u>fruits</u> and vegetables are kosher in their unprocessed form.

However, because insects are not kosher, fresh fruits and <u>vegetables</u> must be inspected for the presence of insects or larvae prior to sale or consumption.

Furthermore, fruit and vegetable products that are produced using non-kosher equipment, such as anything that processes milk and meat, are not kosher.

## Nuts, seeds, and oils

Generally speaking, <u>nuts</u>, <u>seeds</u>, and the oils derived from them are kosher.

However, the complicated processing of these foods often renders them non-kosher as a result of cross contamination of equipment also used to process meat and/or dairy products.

Many vegetable and seed oils undergo several complicated steps before they're considered edible. Each of these steps must be closely monitored to ensure adherence to kosher guidelines (<u>3</u>Trusted Source).

Thus, to be completely certain the oils you're using are kosher, it's best to check the label for certification.

## Wine

Like foods, wine must be produced using kosher equipment and ingredients to be deemed kosher. This includes any tools used to harvest and prepare the grapes for fermentation.

However, because wine is significant to many Jewish religious occasions, stricter rules are imposed.

In fact, the entire kosher wine production process must be carried out and supervised by practicing Jews. Otherwise, the wine cannot be deemed kosher.

**SUMMARY**

Most plant-based foods are considered kosher. However, they may lose this status if they're processed or prepared using non-kosher equipment.

# Different rules apply during Passover

Additional kosher dietary restrictions apply during the religious holiday of Passover.

Though there is some variation in adherence to Passover dietary guidelines, all leavened grain products are traditionally forbidden.

These foods are collectively referred to as "chametz" and include the following grains:

- wheat
- oats
- rye

- <u>barley</u>
- spelt

That said, some of these grains may be permitted as long as they haven't been in contact with any moisture longer than 18 minutes and do not contain any added leavening agents, such as yeast.

This is why matzo, a type of unleavened flatbread, is not considered chametz — even though it is traditionally made from wheat.

**SUMMARY**

During Passover, all leavened grain products are forbidden. However, unleavened breads, such as matzo, are allowed.

# The bottom line

"Kosher" refers to a Jewish dietary framework for food preparation, processing, and consumption.

Though variations exist, most guidelines forbid pairing <u>meat</u> and dairy and allow only certain animals to be eaten.

Foods not considered meat or <u>dairy</u> are generally accepted, provided they're produced using kosher equipment and practices.

Additional rules may be imposed during religious holidays.

Because of the complexities of modern food production, it can be difficult to know whether many processed foods are kosher. To avoid any missteps, always look for kosher certification labels.

Date   10-16-22

C.o. Scott printed these guidlines off today, she highlighted the ones she is going to follow, trying make our meals as inconvienent as possible.. the staff and this facility are not doing anything they are supposed to be doing C.o scott only highlighted the points as a form of retaliation. serving us salad with absolutly no dressing and noodles with nothing on them, just dry plain white noodles that have been dyed, against our religion, and our civil rights and food guidlines.. she actualy smiles and laughed in my face.. when she handed me my meal which today was salad with no dressing, and noodles with nothing on them, complety dry. Then printed this out and handed them to me after dinner was over.

X Joseph Todd Morgan

X Gregory W. Herron



**OFFICE OF THE**
**SHERIFF-CORONER**
**MINERAL COUNTY**

---

MICHAEL TOTH
SHERIFF-CORONER

PO BOX 99
310 RIVER STREET
SUPERIOR MT 59872
PH 406 822-3555
FX 406 822-3562

### Grievance Rebuttal G. Herron

Inmate Herron this rebuttal will cover the grievances I have received from you on 06/17/22.

1. Phone costs,
   we are contracted with the vendor turnkey. We do not set the rates for cost of phone calls, video calls or any canteen items supplied by turnkey. We provide phone access to all inmates, which is outlined in the inmate handbook.

2. Church services,
   We do not restrict religious services of any faith, if you have a religious leader he is more than welcome to visit with you one on one in the visitation room, there have been no request for regular religious services to be held in the jail. I have instructed Rizzi to reach out to our Chaplin to set up non-denomination services per your request. If you need a specific denomination please let Rizzi know and we will seek out a pastor.

3. NA, AA, self-help books and refused packages.

**OFFICE OF THE**
**SHERIFF-CORONER**
**MINERAL COUNTY**

MICHAEL TOTH
SHERIFF-CORONER

PO BOX 99
310 RIVER STREET
SUPERIOR MT 59872
PH 406 822-3555
FX 406 822-3563

We stopped all packages coming into our jail based on the security of our facility. The problem arose when the inmates had their family members order items from amazon then the families were mailing in the packages, this is an unacceptable practice and I stopped all packages from coming into the facility. I have discussed this issue with the Sheriff and with Rizzi. I have been persuaded by Rizzi's arguments to re allow books into the facility. Only soft back book will be allowed into the facility again. Amazon is the only accepted vendor for books. You may order coloring books but there will not be ANY colored, pens, pencils allowed in this facility. Period!

4. medicine pass

Prescribed medications are passed at meal times, if you are prescribed meds three times a day you will get your meds at meal times, if you get meds twice a day you will get them with breakfast and dinner, we can make special arrangements for "as needed" meds based on doctor's orders only. As to your doctors' visits, when you request a doctor visit we call the clinic to set the appointment, we



# OFFICE OF THE
# SHERIFF-CORONER
## MINERAL COUNTY

MICHAEL TOTH
SHERIFF-CORONER

PO BOX 99
310 RIVER STREET
SUPERIOR MT 59872
PH 406 822-3555
FX 406 822-3563

don't dictate the time, date or duration of the visits, the clinic decides their availability….. not you, and not the Sheriff office. The Mineral County Health clinic is our medical provider and they dictate these dates and times.

5. Community Clippers, there are disinfectant wipes available to all inmates, however you point is valid and I have ordered disinfectant clipper spray so the clipper can be disinfected after each use.

A. gloves were on back order and have since come in since your grievance was turned in, these items we ordered in a timely fashion, however with the current supply chain issues, took longer than expected to receive.

B. I have also ordered spray disinfectant for each pod available upon request from the detention officers.

6. your assignment to administrative housing was brought on by yourself, by your actions. My staff is not here for you to argue with. You interjected yourself into inmate Nelson's Affairs which got you moved back to gen population after several warnings. Nelson is a big boy he has a mouth and can use his words to express his own issues to detention



# OFFICE OF THE
# SHERIFF-CORONER
## MINERAL COUNTY

MICHAEL TOTH
SHERIFF-CORONER

PO BOX 99
310 RIVER STREET
SUPERIOR MT 59872
PH 406 822-3555
FX 406 822-3562

staff. You began running you mouth to Rizzi which lead to your reassignment to delta pod. I am sure you are an intelligent man who is capable of rational discussion with detention staff. You have a grievance process that you choose not to utilized until after you acted out.

Just so you are aware, I do not respond to demands to meet with any inmate, I am a professional administrator and I dictate to whom and to when I meet with any inmate at my choosing. I do accept kites if you needed to speak to me. You can utilize the policy and procedures that are in place if you desire to speak to me. I would make one suggestion, find out peoples proper names who you demand to speak to, my name is CASHMAN, not Cashmere.

Respectfully

Wayne Cashman

Undersheriff

- PREA Showers/day room/holes in panels Locked down for trying to cover them with towels in C Block C.O. Ratliff/Chatterly make them testify the trueth

- Keyosk visits our Visitors can see right in the shower - mom, girlfrend - PREA

- This still is not fixed March 13th 2022 arrest date 2 days in D Block then to C Block population put in Cell A1.

- Black mold in showers/air ducts never cleaned after the shut down of jail for years

- No disinfectant cleaners only (Simple Green) which does not disenfect or kill Germs or virus/Covid any of the majors that are going only small wipes in loundry room

- Moved to D4 Cell in C Block witch hes a working Camera that looks over the whole cell 24/7 that is so wrong in many ways I moved in ther with Richard White and Johnathan Howard one the problem was not changed or corrected and Two it was that way the whole time I lived there (and I was a Inmate worker. I was in that cell for over 2 months

- In now has some black tape around the

Pg 2

1) Jonathon Howard
2) Gregory Wilterron
3 Skye Nelson
4 Josoph Morgan
5 Richard white
6 Micheal NARON  michael Naron
7 Micheal Prichart
8 Micheal Bullberg
9 Christopher Whitley
10 Roy EllswortH
11
12
13
14
15
16,

- Base of the camera by the ceiling and
they say they pointed it up, wich
is wrong cuz I could see that
room from B Block wich I was
later placed in as inmate worker
• Paint chips the whole floor pealing (wrong
paint) have paint chip sample
• NO AC/Free air returns ( no heat)
Furnace does not work
• Filthy conditions rust on the steal

Pg 3

The Vent and Air systems is so unhealthy
NO Response to kites
Grivances filled no response
Were threatened to be locked down
if we filed any more medical kites
(we had a weekend guy there that witnessed
it all Greg Herron, Skye Nelson, Edward
Damschen and Ron he will testifie in
court) threatened by CO. SCOTT
at Lunch Serve open cell block
an did the threati
Not following Dr's orders.
Refusing to Buy Meds do to cost
Greg Herron, Edward Damschen
Mental Health Appointments refused
Skye Nelson Edward Damschen Greg
Herron
Refused direct Dr's orders and refused
CT scan 4 times do to cost and
I Have terminal cancer Greg Herron
(CCU) Type
Had to wait 7 weeks for Blood
lab results
Refused NA & AA & Theroputic coloring
Books — (All Were coming from Barnes
and Nobile / Book clubs / Amazon
wallmart

Pg 4

- And The Inmate hand book says so.
- Had to fight to get pillow cases and sheets exchange Weekly with clothing like the Hand book rules say. Started when I became I.W. Finally started last week June 1st,

Polocy

1 cloths weekly / two sets

towels weekly

wash cloth have to clean your own no exchange

sheets pillow case 1 week with towels

Blankets (2) 1 time a month

- Been asking for new scrub brush to put on handle (screw on head) started march 20th / now June 12th.
- need new mop heads.
- no boxer briefs
- Washer broke down for 3 weeks
- dryer broke had to tape switch and slam pencil in door to make it work.
- PREA Block B shower / strait view while getting undressed dressed and drying off by hall trafic girls, CO's, Girl 911 dispatchers, male inmates and all people in day room of the pod sitting at table

Pg 5

see right into shower when on phone
Holes in divider can see threw
911 girl dispatchers / Sexual harrasment
talking about how she likes big
bananas and thick ones. Greg Heron
Her telling Edward damshen He is
ugly even threw three layes of glass
watching us shave with clippers /
asking who we trying to impress
we are in prison with men.
Telling him he has visits then saying
ow they cancelled Edward damshen
Denied Edwards Girl she called
said she was gome to be ten minute
late they said OK then turned her
around CO Rizzy Lue she was reed
at us for pushing the mental health
issue / they were getting even
or revenge / punishment
Got locked down for helping friend
try to get bail We're told if we
help each other at all we wont be
punished Edward Greg skye. (skyes bail
CO Ratliff
Money orders signed by them postal
money orders, Not right.

Pg 6.

- Micheal Moron #7 +some change was on his books was not transfered with him to missoula or here when he came back / showed Rizzy Proof with receipts
- With holding my Grey Herrons personal Cash with Cash in evidence
- Bent check deposits / settlement checks Postal money orders / all being signed not by us
- denied preserition glasses. mine were in my car that got toed / were being sent straight here by Walmart Vision Center denied 3 times by Rizzy. Had to wate two months for what they said was the same 1.50 cheaters
- over half the lights out in day room
- 24 hour light.
- No church / services / one on one self help.
- theropy
- No gloves for 3 days in laundry Cases of Hep C and STDS active in jail at the time (Inmate MORGAN)

Verbal - complete
Kiosk - Complete
written - complete                              COPY

GO Cromery

# Inmate Grievance Form

**Name:** Gregory W. Herron / Mineral Co. Jail

**Date:** 6-14-22

**Time:**

: Received form on 6-14-22 AT 10:00 AM From CO. RIZZY

addressed to:
SGT CROSTICK
Per inmate Handbode

**Statement**

I, Gregory W Herron / Inmates Hereby file a Grievance for the following
reason(s): [Be Specific. Include dates/times, Officers involved and/or witnesses if applicable]

PHONE COST - THE CONTRACT - ONLY WORK ON 10¢ cards EVERY sunday
Incarcerated on the 13th of MARCH. FROM THAT TIME MYSELF and
OUR FAMILYS HAVE BEEN BEING OVER CHARGED FOR THE PHONES. THERE
ARE Other PHONE CONTRACTS OUT THERE THAT OFFER a much
MORE AFFORDABLE WAY FOR MINERAL COUNTY INMATES TO KEEP IN
CONTACT WITH OUR LOVED ONES, FRIENDS AND FAMILY. I HAVE
BEEN locked UP IN ALOT OF COUNTY JAILS IN MONTANA
AND ALL HAVE AFFORDABLE PHONE CALLS FOR INMATES.
a COUPLE YEARS AGO THE PRESI OCTUT Past a FAIR RATE
BILL FOR INMATES + PEOPLE OF INMATES TO KEEP IN-
touch. THE REASON my MOTHER and Many other family members
(NAMES WILL AND CAN BE PROVIDED TO A LAWYER BUT WILL
NOT BE ON THIS SHEET FOR EVERYONES safety and (proper
LAWS) HAVE BEEN GIVEN IS IT WOULD COST the jail to much
to break the rest of the Phone Contract they have. That is
not our fault. That info has been given out by CO's
over the Phone to our Peers and family members. REOPENING
a JAIL COMES WITH a cost AND That is the jail to
deal with not recoop and cover there contract by
extorting our family members or us. 50¢ a minute is
robbery, that is the rate for a Phone card purchased
at 5.00 or 10.00 Increments by inmates on this end
TURN KEY. FOR OUR PEOPLE TO PROVIDE TIMES ON THE
cyty they have to set up an account that costs
8.99 cents then every time they add money (25¢
a minute) it cost 5.00 cents to add Times so 10.00
at pre paid phone time at 25 ¢ a minute cost
them 15.00 to add 10.00 of talk time. When we
buy the phone cards it seems that there is weekly
one day that only cards work so they can tax us $
50¢ a minute no pre paid accounts work. That is
a mistake it is robbery. They need new contract

...have an all... on cost of phones to expens

Fed 14175-023          DOC #

1) Gregory W. Herron          84458 Idaho  2109297

2) Jessie Macias          04-14-1990 /
  - 20032-023
  - 102-565

3) Joseph Morgan

4) ALDO PEREZ          03231994

5) Ruben Federico          18159-046

6) Skye Nelson          3029632

7) Edward Damscher    Inmate work    Transfered to start
                      with me        June 10th

8) Edward is a huge Part of all this he was

9) as Inmate worker an Inmate worker

10)

11)

12)

13)

14)

15)

16)

17)

18)

19)

20)